# RUSSELL BUCKLEW MEDICAL RECORDS

RECEIVED FROM:

*THE MISSOURI DEPARTMENT OF CORRECTIONS*
AND
*THE UNIVERSITY OF MISSOURI HOSPITAL SYSTEM*

For TIMELY PAYMENT,
attach PROVIDER CLAIM copy to your billing and mail to CMS.
Complete MEDICAL RECORD copy and return with Inmate.
Refer to Authorization No on all claims,correspondence,inquires.

AUTHORIZATION NO

0902AS2960

# Correctional Medical Systems
# Health Services Authorization

Inmate: **BUCKLEW, RUSSELL**      Id: **990137**      DOB: **05-16-68**      Date: **04-15-99**

Institution: **MO / Potosi**      Site Id: **0902A**

Referred By: **CRAWFORD, D.O., STEPHEN**      Situation: **Not Applicable**

*HEALTH SERVICES AUTHORIZED*

Extent Of Care: **Outpatient**      Location: **Outpatient Hospital**

Diagnosis: **GENERAL SYMPTOMS**      Code: **780.**

Procedure: **Intermediate Service 1-3 hrs**

Description: **SECOND OPINION RECURRENT BLEEDING**
**PLASTIC SURGERY-LAXER HEMANGIOMA CONSULT**
**FACIAL/ENT CAVEROUS HEMANGIOMA**

Provider: **BARNES HOSPITAL**      Provider No: **3883**

Facility: **BARNES HOSPITAL**      Facility Id: **3883**

*HEALTHCARE REPORT*      (See Instructions on PROVIDER CLAIM COPY)

Significant Findings/Tests Completed/Diagnosis:
30 y.o. wm c lifelong H/o oral cavity hemangioma. Now c many years of growth. Involves soft plate, uvula, hard palate, nasal cavity nasopharynx, right hemiface and neck. Assoc. ® serous otitis. Pt. c/o pain and intermittent bleeding. Right hearing loss.

Treatment Provided: None

Impression: Extensive right hemifacial hemangioma. Not life-threatening at present, would like to see record of previous work up.

Orders/Recommendations: 1) CBC - Re anemia, platelet consumption
2) CT ē contrast / angiogram to delineate anatomy and vascular supply
3) Audiogram
We would be happy to arrange these studies at our facility and propose further consultation.

Physician Signature: Jason M. Newman      Date & Time: 4/15/99  1330

**MEDICAL RECORD COPY**
Complete and return with Inmate

Case 4:14-cv-08000-BP   Document 6-5   Filed 05/14/14   Page 2 of 48

EXHIBIT E

PC000060

```
    Display Device  . . . . . :  PEMNH
    User  . . . . . . . . . . :  HELOO#EM


    REFERR                 Department of Corrections              5/12/99
    AFS102B          Medical Accountability Records System        08:23:26
                            Referral Reasons

DOC ID:       00990137   RUSSELL E BUCKLEW                  Time:   A/P
                                                            1:42    P
Complaint:    CT                                            Date:
                                                            5/11/1999

Referral Reasons:
            CY WITH CONTRAST 4 VESSEL COAROTID ANGIOGRAM TO DELINCATE AN
            ATOMY AND VASCULAR SUPPLY. AND AUDIOGRAM REQUESTED AFTER VIS
            IT AT BARNES HOSPITAL REGARDING RECURRENT BLEEDING OF A HEMA
            NGIOMA




    <F3>Exit <Roll>Scroll
```

PC000062

*EXHIBIT E*

## MINERAL AREA REGIONAL MEDICAL CENTER
### 1212 WEBER RD.
### FARMINGTON, MO. 63640

Patient Name: BUCKLEW RUSSELL
Age: 31                                    Sex: M
Birthday: 05/16/1968                       X Ray Number: 85169
Ordering Physician: CRAWFORD S             Admitting Physician: CRAWFORD S
Room:                                      Transcription Date: 5/19/99
Account # : 309752                         Stay Type: O/P

---

Unsigned Transcriptions are preliminary reports
and do not represent a medical or legal document.

```
<=CT ORDER=>            COMPLETE: 05/19/99 10:44 RJD 30603
Reason for Procedure(s): FACIAL HEMANGIOMA
CT HEAD        70450    COMPLETE: 05/19/99 10:44 RJD 30654
CT ORBITS      70480    COMPLETE: 05/19/99 10:44 RJD 30655
```

5-19-99

CT HEAD AND ORBITS: The head was evaluated with multiple 10 mm sections thru the supratentorial area with 3 mm increments thru the infratentorial area in the axial plane. The patient refused any contrast enhancement.

There is evidence of a mass defect involving the hypopharynx area on the right side producing some distortion of the midline structures. There appears to be numerous calcified vessels in this lesion. There is a soft tissue mass noted surrounding the nasal region externally. Without contrast enhancement it is very difficult to catoregorize this lesion. There does not appear to be any destructive changes of the boney structures, particularly of the nasal septum or nasal bone. The patient could not tolerate coronal imaging due to the bullet fragments in the neck. The lesion extends extrinsic into the intrinsic area and is producing distortion of the lamina papyracea region along the right side of the orbit.

CONCLUSION: 1) An extensive lesion is seen extending from the surface thru the nasal septum down to the hypopharynx area, predominately on the right side. The patient refused contrast enhancement. We recommend if further delineation of this lesion is necessary, MRI be performed.

R. A. MURPHY, D.O./jld
D&T: 5/19/1999

_____
RADIOLOGIST

PC000070

*EXHIBIT E*

## MINERAL AREA REGIONAL MEDICAL CENTER
### 1212 WEBER RD.
### FARMINGTON, MO. 63640

Patient Name: BUCKLEW RUSSELL
Age: 31                                    Sex: M
Birthday: 05/16/1968                       X Ray Number: 85169
Ordering Physician: CRAWFORD S             Admitting Physician: CRAWFORD S
Room:                                      Transcription Date:  5/19/99
Account # : 309752                         Stay Type: O/P

---

Unsigned Transcriptions are preliminary reports
and do not represent a medical or legal document.

---

```
<=CT ORDER=>              COMPLETE: 05/19/99 10:44 RJD 30603
Reason for Procedure(s):  FACIAL HEMANGIOMA
CT HEAD          70450    COMPLETE: 05/19/99 10:44 RJD 30654
CT ORBITS        70480    COMPLETE: 05/19/99 10:44 RJD 30655
```

5-19-99

CT HEAD AND ORBITS: The head was evaluated with multiple 10 mm sections thru
the supratentorial area with 3 mm increments thru the infratentorial area in the axial
plane. The patient refused any contrast enhancement.

There is evidence of a mass defect involving the hypopharynx area on the right side
producing some distortion of the midline structures. There appears to be numerous
calcified vessels in this lesion. There is a soft tissue mass noted surrounding the nasal
region externally. Without contrast enhancement it is very difficult to catoregorize this
lesion. There does not appear to be any destructive changes of the boney structures,
particularly of the nasal septum or nasal bone. The patient could not tolerate coronal
imaging due to the bullet fragments in the neck. The lesion extends extrinsic into the
intrinsic area and is producing distortion of the lamina papyracea region along the right
side of the orbit.

CONCLUSION: 1) An extensive lesion is seen extending from the surface thru the nasal
               septum down to the hypopharynx area, predominately on the right
               side. The patient refused contrast enhancement. We recommend if
               further delineation of this lesion is necessary, MRI be performed.

R. A. MURPHY, D.O./jld
D&T: 5/19/1999

*R. a. murphy, Do*

---
RADIOLOGIST

PC000071

April 17, 1997


Dr. Wilkes
Medical Oncology
115 Business Loop 70 W.
Columbia, Missouri  65203

Ref:  Bucklew, Russell Earl

Dear Dr. Wilkes,

I am writing in request Of a written consultation regarding Russell Bucklew (D.O.B.: 5/16/63; UMCHC patient number 55-92-41-1) whom we have discussed previously by phone.

Mr. Bucklew is a 33 year old male currently incarcerated at the Boone County Jail, soon to be transferred to a long term correctional facility. He has a history of large mid-facial cavernous hemangioma since birth and has previously been evaluated by multiple physicians including Dr. Robert Paul Zitsch, MD from UMCHC Department of Surgery, Division of Otolaryngology. Patient was seen several times by this department back in April 1991 and underwent an MRI scan on April 9, 1991 at UMCHC. It has been Dr. Zitsch's opinion that any surgical attempt to remove this lesion would be mutilating and very risky as far as blood loss. In the past treatment with Interferon had been discussed and one of Dr. Zitsch's notes comment that Radiation would be considered only in severe circumstance given patient's age.

Mr. Bucklew was again evaluated by Dr. Zitsch earlier this year December in 1996 underwent CT scan at UMCHC (Pt. is no longer able to undergo MRI evaluation secondary to bullet which is apparently lodged in his neck). Dr. Zitsch's impressions and recommendations should be available in Mr. Bucklew's UMCHC charts. It was felt that Mr. Bucklew would benefit from Interferon therapy and Dr. Zitsch had recommended you as someone who could potentially make specific recommendations regarding this treatment.

I have evaluated Mr. Bucklew multiple times during his incarceration here at the Boone County Jail. It is my opinion that clinically his cavarnous hemangioma has increased in size, particularly as evident by a gradually enlarging area of the hemangioma in the posterior oropharynx. This now involves an extensive portion of his pallet as well as his uvula and raises concerns about potential airway obstruction in the future. It should also be noted that Mr. Bucklew intermittently has

Case 4:14-cv-08000-BP   Document 6-5   Filed 05/14/14   Page 6 of 48   EXHIBIT E

problems with right estachian tube disfunction and Dr. Zitsch had also recommended consideration of PE tube placement which patient declined recently given that his symptoms in regards to hearing deficits had improved.

As I have previously communicated, Mr. Bucklew is preparing to be transferred to another correctional facility and we would greatly appreciate your medical recommendations regarding specific risks and benefits, side effects, specific dosage, and administration of Interferon in this individual. Hopefully this will facilitate patient's ongoing care after transfer to another facility. If possible, I would encourage you to review his University ENT records as, at best, what I have provided is a summary of their opinions regarding this individual's medical condition.

We greatly appreciate your input regarding this patient. Please feel free to contact me if I can be of any assistance. I am reachable through UMCHC pager, 1599.

Sincerely,

Debra Howenstine, MD
By QSF

Debra Howenstine,
Medical Director of Columbia/Boone County Health Department
Boone County Jail Physician

PC000141

*EXHIBIT E*

Division of Hematology-Oncology

DC116.71
115 Business Loop 70 West
Columbia, Missouri 65203
(573) 882-6163
FAX: (573) 884-6051

May 2, 1997

Debra Howenstein, MD
Medical Director, Columbia/Boone County Health Dept.
Boone County Jail Physician
Detention Facility/Medical Department
2121 County Drive
Columbia, MO 65202

RE:     Russell Bucklew
        UMC#55-92-41-1

Dear Dr. Howenstein:

Thank you for your request of an outpatient chart consultation on Mr. Russell Earl
Bucklew (SS#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). In the following, I have reviewed the University records
that we have on Mr. Bucklew followed by a summary of my thoughts and
recommendations regarding this difficult problem. I hope that you find this useful and
that it proves beneficial to your patient, Mr. Bucklew.

Mr. Bucklew's encounters here at the University began on April 4, 1991 when he was
evaluated by Dr. Estrem in the Otolaryngology clinic. At that time, Mr. Bucklew was a
22 year old male who had a lifelong history of a mid-face hemangioma. This had been
treated in the past with excisions of the upper lip and buccal mucosa. At this time, Dr.
Estrem identified a mass in the nasal facial groove with extension to the hard palate and
right half of the soft palate uvula and superior right tonsillar pillar. The following week,
he underwent an MRI scan which demonstrated this hemangioma involving the right soft
palate, hard palate, gingival buccal area, and extending to the angle of the mandible. It
involved the soft tissue of the face and upper lip and appeared to approach the skull base,
spenoid sinuses, and the carotid artery. Dr. Zitsch saw the patient on April 9, 1991 and
recommended analgesics alone, although radiation could be considered in the future if
symptoms progressed.

He was seen next in July of 1992 by Dr. Renner who was concerned that sleep apnea
could be resulting from this large oropharyngeal hemangioma. The patient did not keep
subsequent appointments for evaluation of this potential problem and was seen next on
November 30, 1995. He had a MRI performed on December 5, 1995 that showed this
large cavernous hemangioma which was felt to be unchanged from the prior MRI.

University of Missouri Health Sciences Center

PC000158

I first became aware of Mr. Bucklew when his case was presented in the multi-disciplinary head and neck tumor conference meeting on December 12, 1995. At that time, we reviewed the MRI scans and discussed his options. Dr. Zitsch suggested the possibility of embolization and I mentioned that there were some articles in the literature to support the use of Alpha-Interferon in the treatment of this disease in children. Dr. Zitsch made arrangements for Mr. Bucklew to follow up with myself here at Ellis Fischel Cancer Center, but Mr. Bucklew never came for his appointments.

The last encounter I have in the patient's University chart appears to be an emergency room visit in which Mr. Bucklew presented with oral facial hemorrhages which were reported to be occurring 3-5 times per week. No intervention was initiated as the patient was not actively bleeding. On January 29, 1997 the patient was seen in the Corrections Clinic and it was felt that he was having some subtle progression of this cavernous hemangioma and discussions were opened again regarding a trial of Alpha-Interferon or embolization therapy.

Unfortunately, I was unable to coordinate my schedule with the Corrections Clinic to allow me to examine Mr. Bucklew, but from all accounts, it appears that he has a significant hemangioma involving the face and upper airway. While this is causing disfigurement and intermittent bleeding, his laboratories do not suggest that he is suffering from intravascular hemolysis (Kasabach-Merritt syndrome).

As I had suggested at the tumor board meeting in December 1995, there have been studies to suggest a benefit in children with large vascular hemangiomas with the administration of Alpha-Interferon. In a study by Hatley, et al, they described case reports of infants with giant hemangiomas and Kasabach-Merritt syndrome successfully treated with Alpha-Interferon. In these studies the children were administered 3 million $u/m^2$/day of subcutaneous Alpha-Interferon and in an isolated case report, there was significant regression in the hemangioma and improvement in the patient's hemolysis and DIC. Unfortunately, this treatment had to administered on a chronic basis and, in this instance, required four weeks before there was a demonstrable improvement.

In adults offered this treatment, one would expect significant toxicities though it appears to be tolerated better in children. Alpha-Interferon at doses of 3 million $u/m^2$/day can cause myelosuppression, thrombocytopenia, and anemia. More commonly, however, it produces significant fatigue, flu-like symptoms with myalgias, arthralgias, and anorexia. It can also lead to significant depression and has been associated with psychological sequelae. These symptoms do abate shortly after discontinuation of therapy and can be modified with liberal use of Tylenol.

Unfortunately, Alpha-Interferon has yet to be FDA approved for this indication and the studies demonstrating success have been in children. In my opinion, this approach remains experimental and the patients and physicians who are administering this therapy must be aware of the toxicities and limited clinical information to suggest benefit.

PC000159

EXHIBIT E

Once again, thank you for allowing me to provide information related to this very challenging clinical problem. I hope that you find this useful and that Mr. Bucklew can benefit from our collective efforts.

Sincerely,

John D. Wilkes, M.D.
Assistant Professor of Medicine
Division of Hematology
  and Medical Oncology

dh

Enclosures

5/14/97
DH

PC000160

ENT CLINIC

April 9, 1991

**HISTORY:** Mr. Bucklew is a 22-year-old white male who was seen by Dr. Zitsch last week. He has had a hemangioma since birth which has not previously caused any problems. He had something excised from his lip a while back which reportedly was consistent with hemangioma. The main reason he reported last week was that he was having pains on the right side of his palate. This is associated mostly with trying to open his mouth and occurs intermittently. The muscles feel very tight, but he has no problems with bleeding, no airway obstruction and no real difficulty breathing through his nose.

He underwent an MRI scan today because he could not tolerate the needle required for contrast for a CT. The MRI scan revealed significant hemangioma which is involving his right soft palate, hard palate, gingival buccal area, and extends to the angle of the mandible. It appears to infiltrate the deep lobe of the parotid in one area and extends into the uvula, up into the nasopharynx, involves the septum on both sides, involves the soft tissue of the right nose, involves the upper lip, and approaches the skull base and sphenoid sinus and carotid artery, although it does not involve the carotid artery.

**PHYSICAL EXAMINATION:** On physical exam, there is a hemangioma involving the upper lip in the midline and on the right side involves his soft palate, hard palate and entirely infiltrates his uvula, although his airway is good. It also appears to involve his nose on both sides, consistent with the MRI scan.

**IMPRESSION and PLAN:** Dr. Zitsch discussed the findings with his patient. Any removal of this tumor would require extensive surgery which would be mutilating and very risky as far as blood loss. As the patient's only complaint really is pain, we have decided to just treat him with pain medication at present. He is to return to see us in nine months and will probably need a repeat scan every two to three years for follow-up. Radiation would only be considered in the severe circumstance as the patient is so young.

Dictating Physician: _____
Michelle Bleynat, M.D.
Resident Physician
Division of Otolaryngology
Department of Surgery

Attending Physician: _____
Robert Paul Zitsch, III, M.D.
Assistant Professor
Division of Otolaryngology
Department of Surgery

MB/RPZ: es trans: 04-12-91
rec'd: 04-12-91

cc: Donald M. Mogerman, M.D.
900 East Cherry
Troy, MO 63379

MR 999-1-85

*The Staff for life*

02874(

## Progress Notes

ENT CLINIC

July 28, 1992

HISTORY:    Russell Buckley is a young adult male who has a history of hemangiomas of the head.  These lesions have been present since his birth.  He has seen numerous physicians over the years and has most recently seen Dr. Zitsch.  He had a magnetic resonance imaging scan done in the recent past. I have not seen the scan today.  He is bothered most by intermittent sensations of pain along the right side of his nose which extend across into the lower eyelid.  He says that these are sometimes quite sharp and a great bother to him.  This young man is quite thin.  He states that he snores loudly at night-time.  He states also that he is, in general, tired much of the time.  I wonder whether he has obstructive apnea.

PHYSICAL EXAMINATION:  Inspection of his oral cavity shows a very massive hemangioma involving the soft palate and the uvula.  The uvula is about three to four times normal size and extends down into the hypopharynx because of the hemangioma.  The entire right soft palate is involved with hemangioma and there is direct extension onto the posterior part of the right hard palate as well. He has hemangioma across the right upper buccal sulcus and what seems to be a separate lesion involving the inner surface of the right upper lip in its central portion.  There is a large subcutaneous hemangioma present along the right side of the nose.  This becomes much more distended when his head is held low.  His nasal septum has significant deviation to the right side.  There can be seen several very small foci of hemangioma in the posterior part of the left side of his nose.  I would like to try to find a way to help him with his pain. When I palpate the hemangioma near the right side of the nose, I note a small firm nodule in the central portion.  This is quite tender to him when I palpate upon this.  I would give possible consideration to an attempted removal of the lesion from the right side of his nose.  Clinically, it seems to be all external to the bony skeleton at this site.  I wonder sincerely whether this may has obstructive apnea.  He has a severe deviation of the nasal septum to the right side, but more importantly the large hemangioma of the uvula and right soft palate.  I would like for him to get a sleep laboratory study when this can be arranged.  In the meantime, I have suggested he try to see if he is eligible for Medicaid coverage or to find some other source to help with his expenses.  He is to return again in three to four weeks.

Attending Physician:  _Greg / Renner_ MD

Gregory J. Renner, M.D.
Associate Professor
Division of Otolaryngology
Department of Surgery

GJR:YOG/01048192/ecm
trans:  07-30-92    rec'd:  07-29-92
cc:  Robert Zitsch, M.D., Department of Otolaryngology

MR 999-1-85

_The Staff for life_


University of Missouri
Hospitals and Clinics

DC042.00 MR-100
One Hospital Drive
Columbia, Missouri 65212
(573)882-3170

| | |
|---|---|
| Medical Record #: | **55-92-41-1** |
| Patient Name: | **BUCKLEW, Russell E** |
| Age: | **32** |
| Admission Date: | **12/06/00** |
| Date of Procedure: | **12/06/00** |
| Attending Physician: | **Robert P. Zitsch III, MI** |
| Referring Physician: | |
| Room Number: | **5W 41 02** |

## OPERATIVE REPORT

**MEDICAL SERVICE:** OTOLARYNGOLOGY

**ATTENDING SURGEON(S):**  Robert P. Zitsch, M.D.

**OTHER SURGEON(S):**  Matthew Bettag, M.D.

**NAME OF OPERATION:**
1. Local tracheostomy.
2. Sclerotherapy of vascular malformation

**PREOPERATIVE DIAGNOSIS(ES):**  Vascular malformation right palate alveolar rim and pharyngeal wall.

**POSTOPERATIVE DIAGNOSIS(ES):**  Vascular malformation right palate alveolar rim and pharyngeal wall.

**INDICATIONS FOR SURGERY:**  The patient is a 32-year-old prisoner who has had a vascular malformation all of his life. He had one attempted surgical excision at an outside hospital that was met with failure. Upon presenting to us, the patient had a vascular malformation that encompassed his entire uvula as well as the entire right side of his soft palate and hard palate with extension along the alveolar rim. It also extended into the gingivolabial sulcus anteriorly and then along the labial mucosa up to the labial vermilion. It did not involve the cutaneous portion of the lip.

**DESCRIPTION OF PROCEDURE:**  The patient was taken to the operating room and placed on the table in supine position. After adequate relaxation medication was given to the patient, the neck was felt and the cricoid cartilage was marked and incision line extending from the inferior border of the cricoid cartilage approximately 1.5 centimeters inferiorly was marked as well. It was injected with 1% Lidocaine 1:100,000 Epinephrine. A total of 3 cc was used. Once this was done, the patient was prepped and draped in the usual sterile fashion. Beginning with the 15-blade knife, an incision was made through the cutaneous tissue down in the subcutaneous fat. Using mosquito clamps, that was picked up and Bovied in the midline. This took us back to the strap muscles which were identified and divided in the midline using a combination of Bovie and blunt dissection. Just deep to the strap muscles was the thyroid gland. The gland was freed up on its superior and inferior portions using blunt dissection after which time the gland was come under with clamps. The gland was clamped on each side of the isthmus and Bovied in the midline. Each isthmus was subsequently stick-tied with OO-silk stick-tie. The anterior wall of the trachea was freed up. A retention suture was placed around the second tracheal ring on both the right and left side using OO-silk stick-tie. 15-blade knife was used to make an incision between the first and second tracheal ring after which time a curved Mayo was used to make an incision between the second and third tracheal rings in the midline to complete a T-incision. At this point an endotracheal tube was inserted in the airway

PC000483

**DISCHARGE SUMMARY**

**HOSPITAL COURSE:** The patient was admitted for surgical treatment o cavernous hemangioma which was giving him troubles recently. The patien reported it to be growing and giving him difficulties in breathing. Th patient was evaluated by Dr. Zitsch and sclerotherapy of hemangioma wa advised. The guess of the size of hemangioma and history of difficult breathing was necessary to place of tracheostomy at time of treatment. Th patient denied treatment because of the tracheostomy in the beginning bu then agreed and on 12/06/00 was admitted for first treatment. The patien was taken to the operating room where tracheostomy was placed an sclerotherapy of hemangioma was done. The patient tolerated the procedur well. The patient was discharged in stable condition to intensive car unit for close observation and monitoring of his bleeding pattern. Th patient did well and the next morning, postoperative day one he wa discharged to the floor in good condition.

His first postoperative day was pretty much unremarkable. His pain wa adequately controlled with morphine patient controlled analgesia. Th swelling of his upper lip and soft palate was slowly but graduall reducing. His tracheostomy was working fine. The patient was left in th hospital for another night of observation. The next morning he wa afebrile with vital signs stable. He did not have signs of respirator distress. His operative site looked good. Swelling gradually decreased Tracheostomy site looked good without erythema or other signs o infection. The patient tolerated oral intake of clear liquid diet. H ambulated in hall. His pain was adequately controlled and he wa discharged under the care of his primary care physician.

**DISPOSITION:** The patient is being discharged under his primary car physician. He is to be re-admitted in six weeks for the second therap course. Please call if there are any questions or problems i postoperative treatment. Thank you for referring this patient fo treatment to University of Missouri Health Care.

Robert P. Zitsch III, MD

Dictated by: Olga N. Skorokhod, MD

ONS:bw/60521

DD: 12/07/00
DT: 12/08/00
RD:

REQUEST FOR COPIES:

PC000484

Case 4:14-cv-08000-BP   Document 6-5   Filed 05/14/14   Page 14 of 48   EXHIBIT E


University of Missouri
Hospitals and Clinics

DC042.00  MR-100
One Hospital Drive
Columbia, Missouri 65212
(573)882-3170

| | |
|---|---|
| Medical Record #: | 55-92-41-1 |
| Patient Name: | BUCKLEW, Russell E |
| Age: | 32 |
| Admission Date: | 12/06/00 |
| Discharge Date: | 12/08/00 |
| Attending Physician: | Robert P. Zitsch III, MD |
| Referring Physician: | |
| Room Number: | 5W 41 02 |

## DISCHARGE SUMMARY

**MEDICAL SERVICE:** OTOLARYNGOLOGY

**DISCHARGE DIAGNOSES:**
1. Cavernous hemangioma of soft and hard plate.
2. Arteriovenous malformation.

**OPERATIONS AND TREATMENTS:**
1. Tracheostomy on 12/06/00.
2. Hemangioma sclerotherapy on 12/06/00.
3. Intensive care unit observation.
4. Intravenous antibiotic treatment.
5. Oxygen supplementation.
6. Floor observation.
7. Serial otolaryngologic examinations.

**DISCHARGE MEDICATIONS:**
1. Tylenol 650 mg p.o. q.4-6h. p.r.n. pain.
2. Amoxicillin 500 mg p.o. b.i.d.

**HISTORY OF PRESENT ILLNESS:** For history of present illness as well as past medical history, past surgical history and social history please refer to previously dictated history and physical examination job number 59613 dictated by Dr. Skorohod

**PHYSICAL EXAMINATION:** At the time of discharge, the patient was afebrile with other vital signs stable, tolerated oral intake of clear liquid diet well without nausea or vomiting or any aspirations. There were no complaints of pain. His pain was adequately controlled with Tylenol. Generally, he was awake, oriented times three. HEENT: Head normocephalic and atraumatic. There was a hemangioma involving the back of his nares and back of his septum. His oral cavity and oropharynx showed hemangioma involving the right hard and soft palate extended to the uvula in the back and upper lip in front. There was secondary inflammation reaction and 2+ fullness. There is a tracheostomy in place. Site is clean, dry and intact. No sign of infection. Neck supple without lymphadenopathy. Lungs: There are no signs of respiratory distress. The patient rests comfortably. Tracheostomy is patent. Breathing is effortless. Lungs are clear to auscultation bilaterally without wheezing or stridor. Heart: Regular rate and rhythm. Abdomen: Soft, benign. Extremities: Calves soft, bilaterally, nontender to palpation.

**LABORATORY DATA:** Serum chemistry from 10/11/00 showed sodium 144, potassium 4.6, chloride 108, carbon dioxide 29, glucose 83, blood urea nitrogen 13, creatinine 1.0. Calcium 9.5. Urinalysis from 12/07/00 as evidence of a small amount of blood. 0-4 erythrocytes per high powered field and small amount of white blood cells 0.4. So per high powered field otherwise is normal.

PC000485

**OPERATIVE REPORT**

and the patient was given general anesthetic. Turning to the vascular malformation starting first at the uvula and then working along the soft palate and hard palate alveolar rim area, sodium tetradecyl sulfate 3% was used to inject the vascular malformation. 25 gauge butterfly needle was inserted into the vascular malformation after which time aspiration was performed to make sure that we got good blood return after which time approximately 1/10 cc of the sodium tetradecyl sulfate was injected into the vascular malformation. This was started at the uvula and carried along the soft palate into the alveolar rim and hard palate area. In addition at the end of the case the sclerotherapy was injected into the lip area of the vascular malformation. A total of 3 cc of 3% sodium tetradecyl sulfate was used.

**ESTIMATED BLOOD LOSS:**       Less than 10 cc.

**FLUID REPLACEMENT:**          700 cc crystalloids.

**COMPLICATIONS:**              None.

**SPECIMENS:**                  None.

**INSTRUMENT COUNTS:**          Correct.

**BLOOD GIVEN:**                None.

**DRAINS:**                     None.

_I was present during the entire case_

Robert B. Bitseh III, MD

Dictated by: Matthew Bettag, MD

MB:941763/59893

DD: 12/06/00
DT: 12/07/00
RD:

REQUEST FOR COPIES:

PC000486

Case 4:14-cv-08000-BP   Document 6-5   Filed 05/14/14   Page 16 of 48   EXHIBIT E

## RADIOLOGY CONSULTATION - 177-11

Date: OCT 11, 2000

Examination :ANGIO, CAROTID, CERVICAL, BILAT          continued...
ESSENTIALLY NEGATIVE NECK ANGIOGRAPHY. THE LESION OF THE MUCOSA AND
SUBMUCOSA AREA THAT EXTENDS DEEPLY AS SEEN BY MRI MAY REPRESENT A
LYMPHANGIOMA  CAPILLARY HEMANGIOMA KIND OF VASCULAR ANOMALY. SINCE NO
TRUE FISTULA WAS SEEN IN THIS ANGIO A VERY SLOW FLOW TYPE OF LESION IS
VERY LIKELY.

                    drafted by: NANA AMIRIDZE,MD


I have personally reviewed the images  and the residents intepretation
and agree with the findings for this study.
Electronically signed  by: FABIO J. RODRIGUEZ, MD.

                    reviewed/signed by: /FABIO J. RODRIGUEZ, MD.
NXA/clm        LOC: 101

cc: ZITSCH,ROBERT P

Transcribed on OCT 13, 2000
Sent on OCT 13, 2000@17:17

Page 2

PC000487

C O I

PCC

Ar 137

CAPITAL REGION MEDICAL CENTER
Jefferson City, Missouri

MEDICAL IMAGING REPORT

NAME:    BUCKLEW, RUSSELL                              ROOM:   ME1 -03531
DOB:   05/16/1968 AGE: 35Y          SEX: M            MEDREC: 248015
ORD PHYS: MICHAEL RYAN, MD                            PATIENT: 10597839
ADM PHYS: RODNEY K ADKISON, DO                        REQ:    6301624-001
REF PHYS: JACQUES LAMOUR, MD                          ADMIT: 06/04/2003
MSV:     01                                          PT TYPE: I

EXAM: CHEST PA & LATERAL                              DATE: 06/09/2003

INDICATION FOR PROCEDURE: History of empyema.

FINDINGS: No change in right lung opacification. Two chest tubes remain
in place. Left lung is clear. Cardiac size is within normal limits.

IMPRESSION:  RIGHT HEMITHORAX CONSOLIDATION REMAINS STABLE, CONSISTENT
WITH EMPYEMA.

This report has been electronically signed
by RICHARD SMITH, MD on 06/10/2003 at   08:26.

_____
                      RICHARD SMITH, MD

T:   pe
/:    808
DD: 06/09/2003   1204
DT: 06/09/2003   1248
ID: 000838097
JOB: 38337

fx: JACQUES LAMOUR, MD (01274)
    RODNEY K ADKISON, DO (00375)
>

Rev   6-12-03

PC000688

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**MEDICAL SERVICES REQUEST**

NAME OF INSTITUTION
PCC

PATIENT'S NAME RUSSELL BUCKLEW

DOC NUMBER 990137    14 march 03    DATE

HOUSING UNIT 21A-10    WORK ASSIGNMENT    DAYS    HOURS    A.M./P.M.    A.M./P.M.

**CHIEF COMPLAINT**

**CURRENT MEDICATIONS**

**WHICH EXISTING DISEASES HAVE BEEN DIAGNOSED?**    1130 APPT

PATIENT'S SIGNATURE    TIME 1055    DATE    TIME

**NURSING ASSESSMENT** (USE SOAP FORMAT)

S— TCU — AT APPROX 1050 HRS THIS AM I WAS INFORMED THAT MR BUCKLEW WAS COMPLAINING OF INCREASED DIFFICULTY SWALLOWING.

O ON EXAM HE WAS UNABLE TO OPEN HIS MOUTH FULLY. FROM THE LIMITED VISIBILITY THAT I HAD, HIS SOFT PALATE APPEARS TO BE ENLARGED.

NURSE'S SIGNATURE    DATE    TIME

THIS PT. HAS A HX OF A LARGE CAVERNOUS HEMANGIOMA

**PHYSICIAN VISIT NOTES** (USE SOAP FORMAT)

WHICH INVOLVED THE RIGHT SIDE OF HIS FACE. THIS INCLUDES THE RIGHT SIDE OF HIS NECK, MOUTH, NOSE AND UPPER LIP, AND HARD & SOFT PALATE. HE HAS A DOCUMENTED ARTERIOVENOUS MAL FORMATION.

THIS PT HAS BEEN TO MANY TERTIARY CARE SITES FOR EVALUATION AND TREATMENT IN THE PAST. DR ZOTSCH AT THE UNIV OF MO, COLUMBIA HAS BEEN THE ONLY PUT THAT WOULD CARE FOR HIM. HE IS AN ESTABLISHED PATIENT AT THE U OF M OUT CLINIC at COLUMBIA MO.

**PHYSICIAN'S ORDERS**

BECAUSE OF THE POTENTIALLY SERIOUS NATURE OF HIS PHYSICAL CHANGES W/IN THE LAST DAY, I BELIEVE IT IS EXTREMELY IMPORTANT THAT HE BE EVALUATED AT THE U OF MO ER. I BELIEVE THAT THE TIME DELAY INVOLVED IN LOCAL EVALUATION & TRIAGE COULD BE POTENTIALLY FATAL TO THE PATIENT. EVEN IF A LOCAL FACILITY WOULD HAVE THE EXPERTISE TO DETERMINE IF THIS IS AN ABSCESS OR AN EXTENSION OF HIS CAVERNOUS

**SUBSTITUTION PERMITTED**    **DISPENSE AS WRITTEN**

PHYSICIAN SIGNATURE    DATE 3/14/03    TIME    PHYSICIAN SIGNATURE → OVER    DATE    TIME

MO 931-1319 (8-97)    PC000732

EXHIBIT E

University of Missouri, Columbia          55-92-41-1
Hospital and Clinics                      BUCKLEW, RUSSELL

## RADIOLOGY CONSULTATION - 177-11

Date: OCT 11, 2000

Examination :ANGIO, CAROTID, CERVICAL, BILAT          continued...
ESSENTIALLY NEGATIVE NECK ANGIOGRAPHY. THE LESION OF THE MUCOSA AND
SUBMUCOSA AREA THAT EXTENDS DEEPLY AS SEEN BY MRI MAY REPRESENT A
LYMPHANGIOMA  CAPILLARY HEMANGIOMA KIND OF VASCULAR ANOMALY. SINCE NO
TRUE FISTULA WAS SEEN IN THIS ANGIO A VERY SLOW FLOW TYPE OF LESION IS
VERY LIKELY.

          drafted by: NANA AMIRIDZE, MD

 I have personally reviewed the images  and the residents intepretation
 and agree with the findings for this study.
Electronically signed  by: FABIO J. RODRIGUEZ, MD.

          reviewed/signed by: /FABIO J. RODRIGUEZ, MD.
NXA/clm          LOC: 101

 cc: ZITSCH, ROBERT P

 Transcribed on OCT 13, 2000
 Sent on OCT 13, 2000@17:17

Page 2

PC000733

PATIENT NAME:     Bucklew, Russell
DATE OF BIRTH:    06/16/1968
EXAM TYPE:        MRI NECK WITHOUT CONTRAST
DATE OF EXAM:     06/24/2010
Page 2

**IMPRESSION:**

1. Complex right-sided facial mass involving multiple pharyngeal and parapharyngeal spaces, involving the right maxillary bone and right nasal cavity and extending into the oropharynx and hypopharynx. At the junction of the oropharynx and hypopharynx, there is a large amount of tumor tissue within the pharyngeal cavity. The airway is significantly compromised at this site.
2. Tracheostomy is present in the upper thorax.

Matthew Ruyle, MD
jb



ENTERED
8-10-10

PC001295

DOC ID      OFFENDER
00990137   RUSSELL E BUCKLEW
***** OBJECTIVE CONTINUATION FROM PREVIOUS PAGE *****
N(Y/N) RETURNED WITH DRESSING OR ASSISTIVE DEVICES          20100602 182132
        EXPLAIN:                                            20100602 182132
Y(Y/N) RECEIVED RECOMMENDATIONS FROM OFF-SITE SPECIALIST    20100602 182132
        LIST OF RECOMMENDATIONS:   POSSIBLE TX              20100602 182132
O:::MOR :: End of: MEDICAL OUTCOUNT RETURN                  20100602 182132
ASSESSMENT
A: (MOR ) MEDICAL OUTCOUNT RETURN                           20100602 182132
ASSESSMENT                                                  20100602 182132
A:::MOR :: End of: MEDICAL OUTCOUNT RETURN                  20100602 182132
PLAN
P: (MOR ) MEDICAL OUTCOUNT RETURN                           20100602 182132
Y(Y/N) RECOMMENDATIONS REVIEWED WITH PRIMARY CARE PHYSICIAN 20100602 182132
Y(Y/N) ORDERS RECEIVED                                      20100602 182132
Y(Y/N) EDUCATED ON PLAN OF CARE                             20100602 182132
                                                            20100602 182132
  —                                                         20100602 182132
                                                            20100602 182132
N(Y/N) FOLLOW-UP APPOINTMENT SCHEDULED WITH SITE PHYSICIAN  20100602 182132
N(Y/N) FOLLOW-UP NURSING ENCOUNTER SCHEDULED                20100602 182132
P:::MOR :: End of: MEDICAL OUTCOUNT RETURN                  20100602 182132

NURSE        12327      KIM A KLEIN

SPECIFIC CHARTING INFORMATION
06/02/2010
 Nurse encounter MSR filed                                 20100602 181617

MSR DATE    TIME    COMPLAINT  ********************************************
06/03/2010 06:45 A ENT OUTCOUNT UPDATE

DOCTOR ENCOUNTER APPOINTMENT DATE  06/03/2010  TIME 06:45 A SHOW UP Y   PCC
SUBJECTIVE
***NONENCOUNTER NOTE***     Pt had ENT eval per Dr. Zitch   20100603 065315
at UMMC 6/2/10 re cavernous hemangioma c increasing         20100603 065315
frequency of bleeding oral cavity and nose.                 20100603 065315
     Prior scleral Rx 2000 for cavernous hemangioma and    20100603 065315
eval per Dr. Zitch.                                         20100603 065315
ASSESSMENT
-Per ENT: some progression of vascular malformation of     20100603 065315
face/neck.                                                  20100603 065315
PLAN
-ENT rec: MRI of head/neck with f/u for treatment          20100603 065315
discussion.  (MRI to go c pt for ENT F/U.)                 20100603 065315
-Referral for MRI and ENT f/u c MRI.                       20100603 065315

DOCTOR      WDM00#EM    WILLIAM D MCKINNEY

REFERRAL REQUEST  DATE 06/03/2010                                  PCC
REQUEST REASON
 S/P PRIOR SCLERAL RX FOR CAVERNOUS HEMANGIOMA 2000. NOW   20100603 065108

Case 4:14-cv-08000-BP   Document 6-5   Filed 05/14/14   Page 22 of 48 EXHIBIT E

DOC ID     OFFENDER
00990137   RUSSELL E BUCKLEW
***** REQUEST REASON CONTINUATION FROM PREVIOUS PAGE *****
 PROGRESSING C INCREASED FREQUENCY OF ORAL CAVITY AND NASAL     20100603 065108
 BLEED.   ENT EVAL DR. ZITCH 6/2/10 REC ABOVE TO EVAL THEN      20100603 065108
 F/U FOR TREATMENT DISCUSSION.(WILL FAX DR. NOTE.)THANKS, WDM   20100603 065108
REQUEST COMMENTS
 AWAITING FAX FOR REFERRAL REVIEW. CLP 060310                   20100603 075603
 YES PER RMD CONLEY FOR MRI FACE/NECK. CLP 061510              20100615 095914
REFER TO: MRI FACE/NECK                              APPROVED  Y

REQUESTOR   WDM00#EM    WILLIAM D MCKINNEY

**SPEC.   ENCOUNTER APPOINTMENT DATE  07/14/2010  TIME 08:30 A SHOW UP Y PCC**
SPEC. CONTACTS
 KNOWN VASCULAR TUMOR SLIGHT PROGRESSION OVER PAST              20100729 135139
 SEVERAL YEARS                                                 20100729 135139
 1. DISCUSSED SURGICAL OPTIONS WITH LARGE CONCOMITA            20100729 135139
 NT DISABILITY PT REFUSED                                      20100729 135139
 2. DISCUSSED OTHER OPTIONS INCLUDING OBSERVATION V            20100729 135139
 S RADIATION THERAPY PT WOULD LIKE CONSIDERATION   R          20100729 135139
 .T PLEASE ARRANGE RT   CONSULT                               20100729 135139
 3. CONSIDER TREATMENT OF NEUROPATHIC PAIN GABAPENT           20100729 135139
 IN?                                                          20100729 135139

SPECIALIST  ZITSCH    ROBERT P ZITSCH

**SPECIFIC CHARTING INFORMATION**
06/03/2010
 Doctor/Dentist encounter MSR filed                           20100603 064543
 Request for Referral was submitted                           20100603 065108
07/14/2010
 Appointment with Specialist scheduled                        20100615 134058

**MSR DATE   TIME    COMPLAINT ***********************************************
06/03/2010 06:53 A ENT F/U FOR CAVERNOUS HEMANGIOMA**

**REFERRAL REQUEST  DATE 06/03/2010**                                    PCC
REQUEST REASON
 SEEN IN F/U PER DR. ZITCH 6/2/10.  HX AS PER REFERRAL FOR     20100603 065545
 MRI.   PT WILL NEED F/U AS ABOVE P MRI.                       20100603 065545
 THANKS, WDM.                                                  20100603 065545
REQUEST COMMENTS
 AWAITING FAX FOR REFERRAL REVIEW. CLP 060310                  20100603 075622
 YES PER RMD CONLEY FOR F/U #1 ENT. CLP 060310                 20100603 133650
REFER TO: ENT F/U C DR. ZITCH FOR TREATMENT OPTS.   APPROVED  Y

REQUESTOR   WDM00#EM    WILLIAM D MCKINNEY

**SPEC.   ENCOUNTER APPOINTMENT DATE  06/23/2010  TIME 08:00 A SHOW UP Y PCC**
ASSESSMENT
 MRI NECK WITHOUT CONTRAST AND FACE                            20100812 083408
 CLINICAL DATA: RIGHT SIDED FACIAL MASS, FACIAL BURNING AND P  20100812 083408

Case 4:14-cv-08000-BP   Document 6-5   Filed 05/14/14   Page 23 of 48   EXHIBIT E

DOC ID    OFFENDER
00990137   RUSSELL E BUCKLEW
***** ASSESSMENT CONTINUATION FROM PREVIOUS PAGE *****
AIN                                                        20100812 083408
TECHNIQUE: MULTIPLANAR MULTISEQUENTIAL IMAGING WAS PERFORMED 20100812 083408
OF THE NECK AND FACE WITHOUT CONTRAST. THE STUDY WAS ORDERE 20100812 083408
D WITH AND WITHOUT IV CONTRAST. HOWEVER, THE PATIENT REFUSED 20100812 083408
CONTRAST.                                                  20100812 083408
FINDINGS: HTEER IS A LARGE COMPLEX RIGH FACIAL MASS. THE MAS 20100812 083408
S INVOLVES THE RIGHT PHARYNGEAL WALL, EXTENDS INTO THE PARAP 20100812 083408
HARYNGEAL SPEACE ADJACENT TO THE RIGHT SIDE FO THE MANDIBLE 20100812 083408
INFERIORLY THE MASS EXTENDS FROM TEH HYPOPHARYNX JUST ABOVE 20100812 083408
THE TIP OF THE EPIGLOTTIS. SUPERIORLY, THE MASS EXTENDS TOWA 20100812 083408
RD AND POSSIBLE INTO THE POSTERIOR LEFT NASAL CAVITY AT THE 20100812 083408
LEVEL OF THE INFERIOR LEFT ETHMOID AND RIGHT MIDDLE MEATUS. 20100812 083408
THE MASSS SURROUNDS THE RIGHT PTERYGOID MUSCULATURE. I DO NO 20100812 083408
T IDENTIFY A DEFINITE RIGHT BUCCINATOR OR MASTICATOR MUSCLE. 20100812 083408
THE MASS FILLS THE MASTICATOR SPACE AND EXTENDS INTO THE SU 20100812 083408
BMANDIBULAR REGION INFERIORLY.                             20100812 083408
IN THE PHARYNX, HE MASS OCCUPIES A LARGE SPACE IWTHIN THE OR 20100812 083408
OPHARYNX AND HYPOPHARYNX. THE AIRWAY IS SEVERELY COMPROMISED 20100812 083408
AT THIS SITE, A TRACHEOSTOMY IS NOTED IN THE UPPER THORAX.  20100812 083408
THE MASS MEASURES UP TO 6.5 CM TRANSVERSE DIAMETER BY 4.4CM 20100812 083408
AP DIAMETER BY 8.1CM IN CRANIOCAUDAL LENGTH. THERE IS TUMOR 20100812 083408
TISSUE INVOLVING THE RIGHT MAXILLARY BONE ROOF AND EXTENDING 20100812 083408
INTO THE RIGHT NASAL CAVITY. ABOVE THE MASS WITHIN THE NASA 20100812 083408
L CAVITY, THERE IS OPACIFICATION OF THE RIGHT ETHMOID AIR CE 20100812 083408
LLS WHICH ARE LLIKELY INCLUDED.                            20100812 083408
CORONAL IMAGES DEMONSTRATE AN ELONGATED EXTENSION OF THE MAS 20100812 083408
S WIHTIN THE OROPHHARYNX AND HYPOPHARYNX AGAIN JUST TO ABOVE 20100812 083408
THE EPIGLOTTIS                                             20100812 083408
IMPRESSION:                                                20100812 083408
1. COMPLEX RIGHT SIDED FACIAL MASS INVOLVING MULTIPLE PHARYN 20100812 083408
GEAL AND PARAPHNGENGEAL INVOLVING THE RIGHT MAXILLARY BONE A 20100812 083408
ND RIGHT NASAL CAVITY AND EXTENDIGN INTO THE OROPHARYNX AND 20100812 083408
HYPOPHARYNX. AT HTE JUNCTION OF THE OROPHARYNX AND HYPOPHARY 20100812 083408
NX, THERE IS A LARGE AMOUNT OF TUMOR TISSUE WITHIN THE PHARY 20100812 083408
NGEAL CAVITY. THE AIRWAY IS SIGNIFICANTLY COMPROMISED AT THI 20100812 083408
S SITE                                                     20100812 083408
2. TRACHEOSTOMY IS PRESENT IN THE UPPER THORAX             20100812 083408

SPECIALIST  VISTA          . VISTA

SPECIFIC CHARTING INFORMATION
06/03/2010
Request for Referral Initiation filed                      20100603 065545
06/23/2010
Appointment with Specialist scheduled                      20100615 134114

MSR DATE    TIME    COMPLAINT  ***********************************************
06/03/2010 09:50 A QMHP - CHRONIC CARE ENCOUNTER

Case 4:14-cv-08000-BP   Document 6-5   Filed 05/14/14   Page 24 of 48   EXHIBIT E

DOC ID     OFFENDER
00990137   RUSSELL E BUCKLEW
**SPECIFIC CHARTING INFORMATION**
07/16/2010
  Doctor/Dentist encounter MSR filed                              20100716 081644

MSR DATE   TIME     COMPLAINT  ***********************************************
07/16/2010 01:59 P F/U PAIN CONTROL

DOCTOR ENCOUNTER APPOINTMENT DATE  08/16/2010  TIME 08:30 A SHOW UP Y    PCC
SUBJECTIVE
     Pt reports pain from prior GSW to neck was quickly            20100816 085851
decreased c Neurontin.  THere  is some decrease of burning         20100816 085851
pain on his lips and face related to the hemangioma.              20100816 085851
     Pt completing HHN Rx and breathing much better.  He          20100816 085851
remains on Amoxil.                                                20100816 085851
OBJECTIVE
BP 104/072 PL076 RS020 TP0983 WT157 BS000 PF000                   20100816 085851
No distress.                                                      20100816 085852
Lungs: good breath sounds c scattered rhonchi.                    20100816 085852
ASSESSMENT
-Cavernous hemangioma c pain: improved.                          20100816 085852
PLAN
-Refill Neurontin 300mg po TID x 90 days. Will need refill        20100816 085852
in 90 days.                                                      20100816 085852
-Entered pt in CCC for pain.  Exam 6 months.                      20100816 085852
-Discussed Amoxil c pt---to complete.                             20100816 085852

DOCTOR     WDM00#EM    WILLIAM D MCKINNEY

**SPECIFIC CHARTING INFORMATION**
08/16/2010
  Doctor/Dentist encounter MSR filed                              20100716 135952

MSR DATE   TIME     COMPLAINT  ***********************************************
07/27/2010 07:18 A QMHP - CHRONIC CARE ENCOUNTER

**SPECIFIC CHARTING INFORMATION**
07/27/2010
  Technician/MH  encounter MSR filed                              20100727 072201
07/28/2010
  Rescheduled Tech./MH appointment                                20100727 072331

MSR DATE   TIME     COMPLAINT  ***********************************************
07/28/2010 02:03 P PSYCHIATRIST - CHRONIC CARE/FOLLOW-UP

**SPECIFIC CHARTING INFORMATION**
07/29/2010
  Doctor/MH  encounter MSR filed                                  20100728 140406

MSR DATE   TIME     COMPLAINT  ***********************************************
08/03/2010 11:17 A (RT CONSULT)     RT IS APPROPRIATE TO CONSIDER.
                   NEEDS EVAL.   WILL PLAN TO SEND MRI OF HEAD/NECK
                   (WILL FAX DR. ZITSCH'S NOTE.)   THANKS, WDM.

DOC ID      OFFENDER
00990137    RUSSELL E BUCKLEW

**REFERRAL REQUEST    DATE 08/03/2010**                                        PCC
REQUEST REASON
  42 YO C PROGRESSIVE CAVERNOUS HEMANGIOMA.  ENT, DR. ZITSCH    20100803 112043
  F/U EVAL 7/14/10 REC. RT BECAUSE SURGERY WOULD BE VERY        20100803 112043
  EXTENSIVE AND DEBILITATING.   I SPOKE C DR. ALLEN'S NURSE     20100803 112043
  7/30/10 AND DISCUSSED CASE.   OFFICE CALLED BACK INDICATING   20100803 112043
REQUEST COMMENTS
  THANKS EJC 08/04/10                                           20100804 072044
  REFER TO: DR. ALLEN: RT CONSULT                 APPROVED  Y

REQUESTOR    WDM00#EM    WILLIAM D MCKINNEY

**SPEC.   ENCOUNTER APPOINTMENT DATE  09/03/2010   TIME 08:00 A SHOW UP Y PCC**
ASSESSMENT
  GOLDSCHMIDT CANCER CENTER CONSULTATION                        20101005 102606
  DIAGNOSIS: PRIMARY 228.0-HEMANGIOMA OF OTHER SITES, DIAGNOSE  20101005 102606
  D 9/3/10                                                      20101005 102606
  THE FOLLOWING INFORMATION WAS OBTAINED FROM PERSONAL PATIENT  20101005 102606
   TESTIMONY AND AVAILABLE RECORDS FROM VARIOUS PHYSICIAN OFFI  20101005 102606
  CES, HOSPITALS AND CLINICS.                                   20101005 102606
  HISTORY OF PRESENT ILLNESS: THE PATIENT IS A 42 YEAR OLD WHI  20101005 102606
  TE MALE HWO IS APPARENTLY A PRISONER ON DIATH ROW INPOTOSI M  20101005 102606
  ISSOURI. SHE HAS HAD A MENAGIOMA FROM BIRTH. IT HAS BEEN SLO  20101005 102606
  WLY GROWNING OVER A UMBER OF YEARS INTO THE NASAL CAVITY THE  20101005 102606
  HARD AND SOFT PALATE THE ANTERIOR MAXILLA AT THE MDLINE AND   20101005 102606
  DOWN IN THE POSTERIOR PHARYNYX AND UVULA AREA. RECETNLY THE   20101005 102606
  ROWTH RATE HAS INCREASED AND THE PATIENT STATES HE IS IN DAN  20101005 102606
  GER OF BLEEDING POSSIBLY UNCONTROLLABLY IF ONE OF THE BLOOD   20101005 102606
  VESSELS IN THE ROOF OF  HIS MOUTH WAS TO BE PUNCTURED BY PER  20101005 102606
  PES OF FOOD. HE STATES THAT HE DOES HAVE SOME OOZING AND BLE  20101005 102606
  EDING WITH HARD FOOD. UP UNTIL NOW THIS HAS BEEN CONTROLLED   20101005 102606
  WITH ALPHA INTERFERON SCLEROTHERAPY OF THE DIRECTION OF DR.   20101005 102606
  ROBERT ZITSCH AT THE UNIVERSITY OF MISSSOURI ENT CLINIC. HE   20101005 102606
  IS HERE TODAY TO EXPLORE THE POSSIBLILTY OF RADIATION THERAP  20101005 102606
  Y AS A WAY TO DECREASE THE BLEEDING WITH EATING               20101005 102606
  WITH THE EXCEPTION OF THE HPI NAD ROS THE PATIENT HAS NO OTH  20101005 102606
  ER SYMPTOMS REFERABLE TO THE CENTRAL OR PERIPHERAL NERVOUS S  20101005 102606
  YSTEM, CARDIOVASCULAR, RESPIRATORY, GASTROINTESTINAL, GENITO  20101005 102606
  URINARY MUSCULOSKELETAL ENDOCRINE OR PYSCHIATRIC SYSTEMS.     20101005 102606
  REVIEW OF SYSTEMS; CONSTITUIONAL NORMAL-DDENIES LACK OF APPE  20101005 102606
  TITE, FAATIGUE FEVER, RIGORS/CHILLS NAD CHANGE IN WEIGHT. EY  20101005 102606
  ES NORMAL-DENIES VISUAL DIFFICULTIES. ENMT ABNORMAL-COMPLAI   20101005 102606
  NTS OF DYSPHAGIA AND ORAL BLEEDING. DENIES EAR PAIN, PROBLME  20101005 102606
  S IWTH HEARING, MOUTH DRYNESS SINUSITIS, SPUTUM PRODUCTION    20101005 102606
  AND ALTERED TASTE. NECK NORMAL-DENIES NECK MASSES MUSCLE WEA  20101005 102606
  KNESS, NECK PAIN, DECREASED RANGE OF MOTION AND SWELLING OF   20101005 102606
  THE NECK. INTEGUMENTARY NORMAL-DENIES DRY SKIN FACIAL BURNIN  20101005 102606
  G, PRURITUS AND RASH. CARDIOVASCULAR NORMAL -DENIES CHEST PA  20101005 102606
  IN DYSPNEA AND EDEMA. RESPIRATORY NORMAL -DENEIS COUGH, DYSP  20101005 102606
  NEA, HEMOPTYSIS AND HICCOUGHS. GASTROINTESTINAL NORMAL-DENIE  20101005 102606

PC001469

DOC ID     OFFENDER
00990137   RUSSELL E BUCKLEW

**\*\*\*\*\* ASSESSMENT CONTINUATION FROM PREVIOUS PAGE \*\*\*\*\***

| | | |
|---|---|---|
| S ABDOMINAL PAIN, CHANGE IN BOWEL HABITS, CONSTIPATION, DIAR | 20101005 | 102606 |
| RHEA, MELENA/ GI BLEEDING AND NAUSEA GENITOURINARY (M) NORMA | 20101005 | 102606 |
| L-DENIES DYSURIA, FREQUENCY AND HEMATURIA. MUSCULOSKELETAL N | 20101005 | 102606 |
| ORMAL DENIES ARTHRITIS, BONE PAIN, JOINT PAIN, MUSCLE WEAKNE | 20101005 | 102606 |
| SS AND DECREASED RANGE OF NOTION. NEUROLOGICNORMAL-DENIES DI | 20101005 | 102606 |
| SORIENTATION, DIZZINESS, ABNORMAL GAIT, HEADACHES, INSOMNIA | 20101005 | 102606 |
| AND MEMORY LOSS. ENDOCRINE NORMAL-DENIES DIABETES, HOT FLASH | 20101005 | 102606 |
| ES AND THYROID DISEASE. | 20101005 | 102606 |
| MEDIAL HISTORY; AS ABOVE IN THE HISTORY OF PRESENET ILLNESS | 20101005 | 102606 |
| SURGICAL HISTORY: SCLEROTHERAPY IN 2000( CAVERNOUS HEMANGIOM | 20101005 | 102606 |
| A) AND TRACHEOTOSTOMY IN ( REMOVED AND HEALED APPROXIMATELY | 20101005 | 102606 |
| 5 YEARS AGO) | 20101005 | 102606 |
| FAMILY HISTORY: NONCONTRIBUTORY | 20101005 | 102606 |
| SOCIAL HISTORY: ACTIVE SMOKER 0.5 PACKS/DAY FOR 25 YEARS | 20101005 | 102606 |
| 12.5 PACK YEARS). PATIENT INDICATED USE OF THE FOLLOWING PRO | 20101005 | 102606 |
| DUCTS: CIGARS MARIGIUANA, INCARCERATED. REGULAR MEALS. DAILY | 20101005 | 102606 |
| ACTIVITIES | 20101005 | 102606 |
| MEDICATIONS: CLONAZEPAM, GABAPENTIN, HYDROXAZINE, MIRTAZAPIN | 20101005 | 102606 |
| E, TOBRAMYCIN | 20101005 | 102606 |
| ALLERGIES: TORADOL RESULTING IN SKIN RASHED/HIVES | 20101005 | 102606 |
| COMPAZINE RESULTING IN TREMORS | 20101005 | 102606 |
| ASPIRIN RESULTING IN CANNOT TAKE DUE TO TENDENCY TO BLEED EA | 20101005 | 102606 |
| SILY | 20101005 | 102606 |
| ECOG PERFORMANCE STATUS: NA | 20101005 | 102606 |
| PAIN: IS | 20101005 | 102606 |
| NUTRITION | 20101005 | 102606 |
| PHYSICAL EXAMINATIOON: CONTRITUTIONAL NORMAL- NO EVIDENCE OF | 20101005 | 102606 |
| IMPAIRED ALERTNESS, INADEQUATE APPEARANCE, PREMATURE OF ADV | 20101005 | 102606 |
| ANCED CHRONOLOGIC AGE, UNCOOPERATIVENESS, DEVELOPMENTAL DELA | 20101005 | 102606 |
| YS, ALTERED MOOD AND AFFECT AND DISORIENTATION. HEAD ABNORML | 20101005 | 102606 |
| A PRESENTS IWTH SCARS THE PATIENT HAS PURPLISH BLUE AREA TO | 20101005 | 102606 |
| THE RIGHT SIDE OF THE NOSE AND PURPLISH AREA IN THE MIDDLE O | 20101005 | 102606 |
| F THE UPPER LIP REPRESENTING PORTIONS OF THE HEMANGIOMA THER | 20101005 | 102606 |
| E AND NEAR THE SURFACE OF THE SKIN. EYES NORMALL-NO EVIDENCE | 20101005 | 102606 |
| OF CONJUNCTIVITIES, NONREACTIVE PUPILS AND SCLERAL ABNORMALI | 20101005 | 102606 |
| TIES. NECK NORMAL- NO EVIDENCE OF DISTENSION, TENDNER OR ENL | 20101005 | 102606 |
| ARGED LYMPH NODES, NECK ABNORMALITIES, RESTRICTED RANGE OF M | 20101005 | 102606 |
| OTION ND ENLARGED THYROID. GLAND, CARIOVASCULAR NORMAL- NO E | 20101005 | 102606 |
| VIDENCE OF ARTERIAL PULES ABNORMALITIES, ABNORMAL HEART RATE | 20101005 | 102606 |
| , HEART ARRHYTHMIA ND ABNORMLA HEART SOUNDS RESPIRATORY NORM | 20101005 | 102606 |
| AL- NO EVIDENCE OF ABNORMAL BREATH SOUNDS AND CHEST ABNOOMAL | 20101005 | 102606 |
| ITIES ON PERCUSSION. EXTREMITIES NORMAL- N EVIDENCE OF LOWER | 20101005 | 102606 |
| EXTREMITIES ABNORMALITIES TENDER OR ENLARGED LYMPH NODES AN | 20101005 | 102606 |
| D UPPER EXTREMITIES ABNORMALITES. BACK/ SPINE NORMAL-NO EVID | 20101005 | 102606 |
| ENCE OF REDUCED FLEXIBILITY AND ABNORMAL SPINE CURVATURE. MU | 20101005 | 102606 |
| SCULOSKELETAL NORMAL. -NO EVIDENCE OF BONE ABNORMALITIES, JO | 20101005 | 102606 |
| INT ABNORMALITIES, JOINTS, COMPROMISED MUSCLE TONE AND RESTR | 20101005 | 102606 |
| ICTED RANGE OF MOTION. NEUROLOGICAL NORMAL- NO EVIDENCE OF I | 20101005 | 102606 |
| MPAIRED CRANIAL NERVE(S) AND UNCOORDINATED GAIT | 20101005 | 102606 |
| IMPRESS: BUCKLEW IS APLEASANT 42 YO MALE WHO HAS BEEN DIAGNO | 20101005 | 102606 |

Case 4:14-cv-08000-BP   Document 6-5   Filed 05/14/14   Page 27 of 48

*EXHIBIT E*

DOC ID      OFFENDER
00990137    RUSSELL E BUCKLEW

**\*\*\*\*\* ASSESSMENT CONTINUATION FROM PREVIOUS PAGE \*\*\*\*\***

| | | |
|---|---|---|
| SED WITH PROGRESSIVE HEMANGIOMA WHICH IS BEEN ENLARGING ND T | 20101005 | 102606 |
| AKING UP AN AREA FROM THE EXTERNAL NASAL CAVITY ACROSS THE H | 20101005 | 102606 |
| ARD AND SOFT PALATE DOWN THE POSTERIOR PHARYNX UVULA DN TONS | 20101005 | 102606 |
| ILLAR PILLARS. THE PATIENT IS EXPERIENCING BLEEDING WHEN HE | 20101005 | 102606 |
| IS EATING HARD FOODS AND IS IN DANGER OF SERIOUS BLEEDING IF | 20101005 | 103231 |
| HE PUNCTURES A LARGER BLOOD VESSEL IN HEMANGIOMA. HE HAS RE | 20101005 | 103232 |
| PONDED PARTIALLY TO SCLEROTHERAPY USING ALPHA INTERFERON BY | 20101005 | 103232 |
| THE PATIENTS REPORT. THIS IS BEEN ADMINISTERED BY DR . ROBER | 20101005 | 103232 |
| T ZITSCH IN ENT AT UNIVERSITY OF MISSOURI. HE IS HERE TO EXP | 20101005 | 103232 |
| LORE THE POSSIBLITY RADIATION THERAPY IN THE MANAGEMENT OF T | 20101005 | 103232 |
| HIS BENIGN DISORDER. | 20101005 | 103232 |
| I WILL REVEIW THIS CASE AT PEER REVIEW ON WEDNESDAY NIGHT NE | 20101005 | 103232 |
| XT. WEEK. MY INITAIL REACTION IS THAT THIS SHOULD RESPOND TO | 20101005 | 103232 |
| A DOSE OF RADIATION THERAPY SOMWHERE BETWEEN 30-40 GRAY. | 20101005 | 103232 |
| THE CHALLENGE WILL BE TO DELIVER THIS IN A CONFORMAL MANNER | 20101005 | 103232 |
| THAT DOES NOT HARM THE OPTIC STRUCTURES OR CAUSE IN UNDUE AM | 20101005 | 103232 |
| OUNT OF SIDE EFFECTS SUCH AS A SORE THROAT OR XEROSTOMIA. I | 20101005 | 103232 |
| WENT OVER THE PORCESS WITH THE PATINET AND THE POTENTIAL SID | 20101005 | 103232 |
| E EFFECTS AND THE POSSIBLITY OF SCLEROSING THIS LESION WITH | 20101005 | 103232 |
| RADIATION. THERAPY. HE APPEARED TO UNDERSTAND WAS DISCUSSED | 20101005 | 103232 |
| AND HAS REPORTEDLY STATED TO THE GUARDS WHO ACCOMPAANIED HIM | 20101005 | 103232 |
| THAT HE IS NOT INCLINED TO TAKE RADIATION THERAPY AT THIS T | 20101005 | 103232 |
| IME.I WILL RELAY THE RESULTS OF MY DISCUSSION AT PEER REVIEW | 20101005 | 103232 |
| TO THE PRISON AUTHORITIES WHEN THEY BECOME AVAILABLE | 20101005 | 103232 |
| THANK YOU FOR ALLOWING ME TO PARTICIPATE IN THE CARE OF THIS | 20101005 | 103232 |
| PAITNET. IF YOIUR HAVE FURHTER QUESTIONS, PLEASE DO NOT HES | 20101005 | 103232 |
| ITATE TO CONTACT ME REGARDING ANY ASPECT OF THIS PATIENTS CA | 20101005 | 103232 |
| RE | 20101005 | 103232 |
| ADDENDUM: I DISCUSSED THIS WITH MY PARTNERS AT PEER REVIEW. | 20101005 | 103232 |
| THERY ARE IN AGREEMNT AND SUGGEST THAT A DOSE OF AROUND 30 G | 20101005 | 103232 |
| RAY MAY BE PALLIATIVE REGARDING REDCUTION OF THE POTENITAL F | 20101005 | 103232 |
| OR BLEEDING. IF MR. BUCKLEW IS INTEREDSTED IN SOMETHIN G OTH | 20101005 | 103232 |
| ER TAHN ALPHA INTERFERON SCLEROTHERAPY THEN WE WILL REVISIT | 20101005 | 103232 |
| THIS ISSUE. | 20101005 | 103232 |

SPECIALIST  ALLEN        DR. ALLEN

**SPECIFIC CHARTING INFORMATION**
08/03/2010
Request for Referral Initiation filed                 20100803 112043
08/19/2010
Appointment with Specialist scheduled                 20100804 143415
09/03/2010
Appointment with Specialist rescheduled               20100825 102623

**MSR DATE    TIME    COMPLAINT \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
08/04/2010 07:31 A IS IT POSSIBLE TO HAVE ANOTHER CONSULT?

Case 4:14-cv-08000-BP   Document 6-5   Filed 05/14/14   Page 28 of 48   EXHIBIT E

DOC ID    OFFENDER
00990137    RUSSELL E BUCKLEW
**\*\*\*\*\* REQUEST REASON CONTINUATION FROM PREVIOUS PAGE \*\*\*\*\***
 PROGRESSING C INCREASED FREQUENCY OF ORAL CAVITY AND NASAL          20100603 065108
 BLEED.   ENT EVAL DR. ZITCH 6/2/10 REC ABOVE TO EVAL THEN            20100603 065108
 F/U FOR TREATMENT DISCUSSION.(WILL FAX DR. NOTE.)THANKS, WDM         20100603 065108
REQUEST COMMENTS
 AWAITING FAX FOR REFERRAL REVIEW. CLP 060310                         20100603 075603
 YES PER RMD CONLEY FOR MRI FACE/NECK. CLP 061510                     20100615 095914
REFER TO: MRI FACE/NECK                                    APPROVED  Y

REQUESTOR    WDM00#EM    WILLIAM D MCKINNEY

**SPEC.   ENCOUNTER APPOINTMENT DATE  07/14/2010   TIME 08:30 A SHOW UP Y PCC**
SPEC. CONTACTS
 KNOWN VASCULAR TUMOR SLIGHT PROGRESSION OVER PAST                    20100729 135139
 SEVERAL YEARS                                                        20100729 135139
 1. DISCUSSED SURGICAL OPTIONS WITH LARGE CONCOMITA                   20100729 135139
 NT DISABILITY PT REFUSED                                             20100729 135139
 2. DISCUSSED OTHER OPTIONS INCLUDING OBSERVATION V                   20100729 135139
 S RADIATION THERAPY PT WOULD LIKE CONSIDERATION  R                   20100729 135139
 .T PLEASE ARRANGE RT   CONSULT                                       20100729 135139
 3. CONSIDER TREATMENT OF NEUROPATHIC PAIN GABAPENT                   20100729 135139
 IN?                                                                  20100729 135139

SPECIALIST  ZITSCH    ROBERT P ZITSCH

**SPECIFIC CHARTING INFORMATION**
06/03/2010
 Doctor/Dentist encounter MSR filed                                  20100603 064543
 Request for Referral was submitted                                  20100603 065108
07/14/2010
 Appointment with Specialist scheduled                               20100615 134058

**MSR DATE    TIME    COMPLAINT \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
06/03/2010 06:53 A ENT F/U FOR CAVERNOUS HEMANGIOMA

**REFERRAL REQUEST   DATE 06/03/2010                                      PCC**
REQUEST REASON
 SEEN IN F/U PER DR. ZITCH 6/2/10.  HX AS PER REFERRAL FOR            20100603 065545
 MRI.   PT WILL NEED F/U AS ABOVE P MRI.                              20100603 065545
 THANKS, WDM.                                                         20100603 065545
REQUEST COMMENTS
 AWAITING FAX FOR REFERRAL REVIEW. CLP 060310                         20100603 075622
 YES PER RMD CONLEY FOR F/U #1 ENT. CLP 060310                        20100603 133650
REFER TO: ENT F/U C DR. ZITCH FOR TREATMENT OPTS.  APPROVED  Y

REQUESTOR    WDM00#EM    WILLIAM D MCKINNEY

**SPEC.   ENCOUNTER APPOINTMENT DATE  06/23/2010   TIME 08:00 A SHOW UP Y PCC**
ASSESSMENT
 MRI NECK WITHOUT CONTRAST AND FACE                                   20100812 083408
 CLINICAL DATA: RIGHT SIDED FACIAL MASS, FACIAL BURNING AND P         20100812 083408

DOC ID    OFFENDER
00990137   RUSSELL E BUCKLEW
***** ASSESSMENT CONTINUATION FROM PREVIOUS PAGE *****
 AIN                                                   20100812 083408
TECHNIQUE: MULTIPLANAR MULTISEQUENTIAL IMAGING WAS PERFORMED 20100812 083408
 OF THE NECK AND FACE WITHOUT CONTRAST. THE STUDY WAS ORDERE 20100812 083408
D WITH AND WITHOUT IV CONTRAST. HOWEVER, THE PATIENT REFUSED 20100812 083408
 CONTRAST.                                            20100812 083408
FINDINGS: HTEER IS A LARGE COMPLEX RIGH FACIAL MASS. THE MAS 20100812 083408
S INVOLVES THE RIGHT PHARYNGEAL WALL, EXTENDS INTO THE PARAP 20100812 083408
HARYNGEAL SPEACE ADJACENT TO THE RIGHT SIDE FO THE MANDIBLE 20100812 083408
INFERIORLY THE MASS EXTENDS FROM TEH HYPOPHARYNX JUST ABOVE 20100812 083408
THE TIP OF THE EPIGLOTTIS. SUPERIORLY, THE MASS EXTENDS TOWA 20100812 083408
RD AND POSSIBLE INTO THE POSTERIOR LEFT NASAL CAVITY AT THE 20100812 083408
LEVEL OF THE INFERIOR LEFT ETHMOID AND RIGHT MIDDLE MEATUS. 20100812 083408
THE MASSS SURROUNDS THE RIGHT PTERYGOID MUSCULATURE. I DO NO 20100812 083408
T IDENTIFY A DEFINITE RIGHT BUCCINATOR OR MASTICATOR MUSCLE. 20100812 083408
 THE MASS FILLS THE MASTICATOR SPACE AND EXTENDS INTO THE SU 20100812 083408
BMANDIBULAR REGION INFERIORLY.                        20100812 083408
IN THE PHARYNX, HE MASS OCCUPIES A LARGE SPACE IWTHIN THE OR 20100812 083408
OPHARYNX AND HYPOPHARYNX. THE AIRWAY IS SEVERELY COMPROMISED 20100812 083408
AT THIS SITE, A TRACHEOSTOMY IS NOTED IN THE UPPER THORAX.   20100812 083408
THE MASS MEASURES UP TO 6.5 CM TRANSVERSE DIAMETER BY 4.4CM  20100812 083408
AP DIAMETER BY 8.1CM IN CRANIOCAUDAL LENGTH. THERE IS TUMOR  20100812 083408
TISSUE INVOLVING THE RIGHT MAXILLARY BONE ROOF AND EXTENDING 20100812 083408
 INTO THE RIGHT NASAL CAVITY. ABOVE THE MASS WITHIN THE NASA 20100812 083408
L CAVITY, THERE IS OPACIFICATION OF THE RIGHT ETHMOID AIR CE 20100812 083408
LLS WHICH ARE LLIKELY INCLUDED.                       20100812 083408
CORONAL IMAGES DEMONSTRATE AN ELONGATED EXTENSION OF THE MAS 20100812 083408
S WIHTIN THE OROPPHARYNX AND HYPOPHARYNX AGAIN JUST TO ABOVE 20100812 083408
 THE EPIGLOTTIS                                       20100812 083408
IMPRESSION:                                           20100812 083408
1. COMPLEX RIGHT SIDED FACIAL MASS INVOLVING MULTIPLE PHARYN 20100812 083408
GEAL AND PARAPHNGENGEAL INVOLVING THE RIGHT MAXILLARY BONE A 20100812 083408
ND RIGHT NASAL CAVITY AND EXTENDIGN INTO THE OROPHARYNX AND  20100812 083408
HYPOPHARYNX. AT HTE JUNCTION OF THE OROPHARYNX AND HYPOPHARY 20100812 083408
NX, THERE IS A LARGE AMOUNT OF TUMOR TISSUE WITHIN THE PHARY 20100812 083408
NGEAL CAVITY. THE AIRWAY IS SIGNIFICANTLY COMPROMISED AT THI 20100812 083408
S SITE                                                20100812 083408
2. TRACHEOSTOMY IS PRESENT IN THE UPPER THORAX        20100812 083408

SPECIALIST  VISTA        . VISTA

SPECIFIC CHARTING INFORMATION
06/03/2010
 Request for Referral Initiation filed              20100603 065545
06/23/2010
 Appointment with Specialist scheduled              20100615 134114

MSR DATE    TIME    COMPLAINT  ********************************************
06/03/2010 09:50 A QMHP - CHRONIC CARE ENCOUNTER

PC001749

DOC ID     OFFENDER
00990137   RUSSELL E BUCKLEW
***** OBJECTIVE CONTINUATION FROM PREVIOUS PAGE *****
Discoloration c hemangioma Rt side of nose, lip, hard      20100517 090728
palate and edematous discolored uvula.   No active bleed on 20100517 090728
exam today.                                                20100517 090728
Neck: no mass.                                             20100517 090728
ASSESSMENT
-Cavernous hemangioma c increasing frequency of bleeding.  20100517 090728
PLAN
-Discussed c pt.  He is agreeable to f/u c ENT at UMMC.    20100517 090728
-Referral entered.                                         20100517 090729
-Lay-in to continue mechanical soft diet.                  20100517 090729

DOCTOR     WDM00#EM    WILLIAM D MCKINNEY


REFERRAL REQUEST   DATE 05/17/2010                                  PCC
REQUEST REASON
41 YO S/P SCLERAL RX FOR CAVERNOUS HEMANGIOMA 2000.  PT WAS 20100517 090403
SEEN BY DR. ZITCH.   DID WELL FOR LONG TIME. NOW 6 MONTH HX 20100517 090403
INCREASING BLEEDS.   NOW BLEEDING 5-6X/WEEK.   EXAM: DISCOLORA 20100517 090403
TION RT SIDE OF NOSE, CAVERNOUS HEMANGIOMA LIP, HARD PALATE, 20100517 090403
AND LARGE DISCOLORED UVULA.   NO CURRENT ACTIVE BLEED.     20100517 090403
   PT RECENTLY IN T.C.U. P HEMATEMESIS.   NEEDS F/U ENT    20100517 090403
EVAL RE TREATMENT OPTIONS.                                 20100517 090403
THANKS, WDM.                                               20100517 090403
REQUEST COMMENTS
WILL REFER TO RMD FOR DETERMINATION. CLP 051710            20100517 103455
YES PER RMD CONLEY FOR ENT CONSULT. CLP 051810             20100518 105046
REFER TO: DR. ZITCH ENT UMMC                     APPROVED  Y

REQUESTOR  WDM00#EM    WILLIAM D MCKINNEY


SPEC.     ENCOUNTER APPOINTMENT DATE  06/02/2010  TIME 02:00 P SHOW UP Y PCC
SPEC. CONTACTS
PT HAS VASCULAR MALFORMATION FOR MANY YEARS. NOTES         20100607 133504
 INCREASED BLEEDING FREQUENCY FROM ORAL CAVITY/ NO         20100607 133504
SE.                                                        20100607 133504
VASCULAR MALFORMATION-FACE/NECK -SOME PROFESSION N         20100607 133504
OTED                                                       20100607 133504
REC: MRI -HEAD/NECK -F/U FOR TREATMENT DISCUSSION          20100607 133504
PLEASE HAVE PT CARRY MRI'S TO F/U VISIT -NEED TO D         20100607 133504
ISCUSS POSSIBLE SURGICAL TREATMENT THANKS RPZ              20100607 133504

SPECIALIST  ZITSCH      ROBERT P ZITSCH


SPECIFIC CHARTING INFORMATION
05/18/2010
Doctor/Dentist encounter MSR filed                         20100516 155934
05/17/2010
Rescheduled Doctor appointment                             20100516 171946
Request for Referral was submitted                         20100517 090403
RECEIVED CALL FROM FATHER ROBERT. IS IN COMPUTER AS CONTACT. 20100517 101225

Case 4:14-cv-08000-BP   Document 6-5   Filed 05/14/14   Page 31 of 48   EXHIBIT E

DOC ID    OFFENDER
00990137  RUSSELL E BUCKLEW
***** SPECIFIC CHARTING INFORMATION   CONTINUATION FROM PREVIOUS PAGE *****
NO   WITHDRAWN                                              20110929 122756
NO   HOSTILE/ANGRY                                          20110929 122756
YES  QUIET                                                  20110929 122756
NO   MANIC BEHAVIOR                                         20110929 122756
YES  DENIES COMPLAINT                                       20110929 122756
10/04/2011
NO   SIGNS OF TRAUMA                                        20111004 123949
NO   MEDICAL/MENTAL HEALTH COMPLAINTS                       20111004 123952
NO   EXISTING MEDICAL/MENTAL HEALTH COMPLAINTS              20111004 123952
NO   CRYING                                                 20111004 123952
YES  ORIENTED X'S 3                                         20111004 123952
NO   WITHDRAWN                                              20111004 123952
NO   HOSTILE/ANGRY                                          20111004 123952
YES  QUIET                                                  20111004 123952
NO   MANIC BEHAVIOR                                         20111004 123952
YES  DENIES COMPLAINT                                       20111004 123952

MSR DATE   TIME     COMPLAINT  *********************************************
10/04/2011 04:24 P QMHP - CHRONIC CARE ENCOUNTER

SPECIFIC CHARTING INFORMATION
10/04/2011
 Technician/MH  encounter MSR filed                         20111004 162438

MSR DATE   TIME     COMPLAINT  *********************************************
10/06/2011 04:37 P PHYSICAL

DOCTOR ENCOUNTER APPOINTMENT DATE  10/10/2011  TIME 01:15 P SHOW UP Y    PCC
SUBJECTIVE
     PLEASE SEE COMPLETED H&P.                              20111010 094241
OBJECTIVE
 BP 120/080 PL098 RS018 TP0978 WT161 BS000 PF000            20111010 094241
PLAN
 -Pt was informed that I have placed a call to ENT, Dr.     20111010 094241
 Zitch last week re possiblity of sclerosing Rx for         20111010 094241
 his cavernous hemangioma.  Await Dr. Zitch's return call.  20111010 094241

DOCTOR       WDM00#EM    WILLIAM D MCKINNEY

SPECIFIC CHARTING INFORMATION
10/10/2011
 Doctor/Dentist encounter MSR filed                         20111006 163714

MSR DATE   TIME     COMPLAINT  *********************************************
10/07/2011 10:32 A VERBAL ORDER

SPECIFIC CHARTING INFORMATION
10/07/2011
 Doctor/MH  encounter MSR filed                             20111007 103213
10/08/2011

Case 4:14-cv-08000-BP   Document 6-5   Filed 05/14/14   Page 32 of 48   EXHIBIT E

DOC ID     OFFENDER
00990137   RUSSELL E BUCKLEW

**NURSE ENCOUNTER APPOINTMENT DATE**  03/15/2012   **TIME 01:30 A SHOW UP Y**    PCC
OBJECTIVE
 0130AM IN BED SLEEPING LIGHTS OUT                20120315 013725
 0330am resting in bed with a towel covering his eyes    20120315 055405
                                                    20120315 055405
 0530am up ate breakfast                           20120315 055405
 still unable to blink left eye                    20120315 055405

NURSE       LBB000EM     LOIS B BACH

**SPECIFIC CHARTING INFORMATION**
03/15/2012
 Nurse encounter MSR filed                       20120314 234905

**MSR DATE    TIME     COMPLAINT**  **********************************************
03/15/2012 07:49 A T.C.U. OBSERVATION

**DOCTOR ENCOUNTER APPOINTMENT DATE**  03/15/2012   **TIME 07:30 A SHOW UP Y**    PCC
SUBJECTIVE
 HISTORY OF COMPLAINT AND REASON S/HE NEEDS OBSERVATION    20120315 080242
  Pt was recurrent SDME re concerns he was having a CVA.    20120315 080242
                                                    20120315 080242
   Mr. Bucklew is a 43 yo WM c extensive cavernous      20120315 080242
 hemangioma.                                   20120315 080242
   3/14/12 he noted acute onset of drooling from the Lt   20120315 080242
 side of his mouth, decreased sensation Lt side of his face, 20120315 080242
 watery OS, pain posterior to Lt ear.  No pain.         20120315 080242
   Today he is aware of decreased sensation/altered taste   20120315 080242
 on Lt side of his tongue.  No further discomfort posterior   20120315 080242
 to Lt ear.  He denies any trauma or recent URI of viral   20120315 080242
 syndrome.  No prior hx of like sx's.             20120315 080242
OBJECTIVE
 PERTINENT PE FINDINGS, LAB OR XRAY, VS INCLUDING WEIGHT    20120315 080242
 General: anxious WM but not acutely ill.          20120315 080242
 Face: mild relaxation of Lt sided facial muscles from    20120315 080242
 forehead to Lt corner of mouth.  Nontender.        20120315 080242
 Eyes: PERRl   + Bell's phenomenon when he trys to close his 20120315 080242
 Lt eye and unaware to him, the eye does not completely    20120315 080242
 close.                                20120315 080242
 Ears: canals and TM's clear                20120315 080242
 Oral cavity: + cavernous hemangioma Rt side of mouth,     20120315 080242
 palate and large involved uvula.             20120315 080242
 Neck: supple, no nodes.  + scar s/p old trach       20120315 080242
 Lungs: clear                           20120315 080242
 Heart: rr, nl s1, s2, no mur               20120315 080242
 Abd: thin, soft, bland                 20120315 080242
 Neuro: no deficits other than Bell's.          20120315 080242
ASSESSMENT
 STATUS OF PATIENT                   20120315 080242
 Stable, mild to mod Bell's Palsy.           20120315 080243

DOC ID     OFFENDER
00990137   RUSSELL E BUCKLEW
***** PLAN CONTINUATION FROM PREVIOUS PAGE *****
PLAN
ACYCLOVIR  200MG CAP                      20120315 075926
1 PO 5 TIMES A DAY FOR 10 DAYS:  #50/10 DAYS     20120315 075926
010       50 / 10 DAYS                     20120315 075926
PREDNISONE 20MG TAB                       20120315 075926
60MG/DAY X 5DAYS;; 40MG/DAY X 5DAYS;; 20MG/DAY X 5 DAYS: #ST 20120315 075926
015       STOCK                         20120315 075926
TREATMENT PLAN                           20120315 080243
-Pt education done re Bell's natural hx and that sx's may 20120315 080243
evolve more over the next 24 hours.            20120315 080243
-May be discharged back to the H-U.           20120315 080243
-Add Acyclovir 200mg 5 x/day x 10 days and Prednisone on 20120315 080243
tapered dose.                          20120315 080243
-Handout given for Bell's Plasy exercises, but not to begin 20120315 080243
active exercises until 3/19/12.              20120315 080243
-F/U exam 10 to 14 days.                 20120315 080243
-Lay-in to tape Lt eye closed at HS x 2 weeks.     20120315 080243


DOCTOR       WDM00#EM     WILLIAM D MCKINNEY


SPECIFIC CHARTING INFORMATION
03/15/2012
Doctor/Dentist encounter MSR filed           20120315 075013

MSR DATE    TIME      COMPLAINT   ******************************************
03/15/2012 12:05 P INFIRMARY CARE-NURSE


NURSE ENCOUNTER APPOINTMENT DATE   03/15/2012   TIME 08:00 A SHOW UP Y     PCC
SUBJECTIVE
PATIENT COMMENTS: tcu rounds              20120315 120820
 0 PAIN ON 0-10 SCALE                   20120315 120820
COMMENTS REGARDING DISCHARGE:             20120315 120820
denies complaints                      20120315 120820
OBJECTIVE
BP 122/078 PL102 RS016 TP0982 WT150 BS000 PF000  O2SAT 93% 20120315 120820
REASON FOR INFIRMARY STAY:facial drooping      20120315 120820
NEUROLOGICAL: a&ox3 speech clear           20120315 120820
CARDIAC: hrr cap refill brisk, no edema noted     20120315 120820
PULMONARY:     lcta resp even and nonlabored    20120315 120820
GI:   denies complaint                  20120315 120820
GU:   denies complaitns                 20120315 120820
EXTREMITIES: gait steady mae well          20120315 120820
SKIN:   turgor good, r side of mouth and eye drooping 20120315 120820
slightly                            20120315 120820
IV:none                            20120315 120820
I&O/DIET:reg                        20120315 120820
PERTINENT NURSING FINDINGS/INTERVENTIONS:Dr.Mckinney here 20120315 120820
to see i/m orders noted  to discharge         20120315 120820
y Y/N DISCHARGE VITALS COMPLETED           20120315 120820
COMPLETE HEAD TO TOE ASSESSMENT IF NOT ALREADY COMPLETED ON 20120315 120820

PC001914

*EXHIBIT E*

DOC ID     OFFENDER
00990137   RUSSELL E BUCKLEW
***** OBJECTIVE CONTINUATION FROM PREVIOUS PAGE *****
THIS SHIFT:done                                          20120315 120820
CONDITION AT DISCHARGE: stable                           20120315 120820
NOTE APPEARANCE OF WOUND/DRESSING IF APPLICABLE:         20120315 120820
  y Y/N ABLE TO PERFORM ADLS (IF NO DESCRIBE)            20120315 120820
8:30am  TIME OF DEPARTURE                                20120315 120820
  y Y/N AMBULATORY (IF NO LIST ASSISTIVE DEVICE)         20120315 120820
ASSESSMENT
  ALTERATION IN COMFORT                                  20120315 120820
PLAN
  n Y/N NOTIFY CHRONIC CARE NURSE                        20120315 120820
  n Y/N NOTIFY IC NURSE                                  20120315 120820
  n Y/N MENTAL HEALTH REFERRAL COMPLETED IF INDICATED    20120315 120820
  y Y/N ISSUED MEDICATION (IF YES LIST AMOUNT)           20120315 120820
  y Y/N MAR RECONCILED AND RETURNED TO APPROPRIATE MED BOOK  20120315 120820
  y Y/N NOTIFY CUSTODY/HU OF DISCHARGE AND OF ANY SPECIAL    20120315 120820
RESTRICTIONS                                             20120315 120820
WHO WAS NOTIFIED:  COI Brannum                           20120315 120820
  y Y/N LAY-INS/RESTRICTIONS UPDATED IN MARS             20120315 120820
  n Y/N FDS NOTIFIED OF DIETARY CHANGES                  20120315 120820
  y Y/N ALL DRAINS AND IV ACCESS DISCONTINUED            20120315 120820
  y Y/N ISSUED SUPPLIES IF APPLICABLE (LIST WHAT WAS ISSUED)  20120315 120820
EDUCATION:                                               20120315 120820
  y Y/N SCHEDULE FOLLOW-UP APPOINTMENT                   20120315 120820
  n Y/N DRESSING CHANGES/TREATMENTS                      20120315 120820
  y Y/N MEDICATION REGIMEN                               20120315 120820
  y Y/N VERBALIZES UNDERSTANDING OF DISCHARGE INSTRUCTIONS   20120315 120820

NURSE       TLB01#EM    TAMMY L BORDEAU

**SPECIFIC CHARTING INFORMATION**
03/15/2012
  Nurse encounter MSR filed                              20120315 120528

**MSR DATE   TIME   COMPLAINT   ****************************************************
03/15/2012 12:08 P F/U BELLS PALSY**

**DOCTOR ENCOUNTER APPOINTMENT DATE   03/26/2012   TIME 08:15 A SHOW UP Y   PCC**
SUBJECTIVE
        Pt is pleased that he can close his Lt eye and notes    20120326 082843
some overall improvement.   He has some pain again behind       20120326 082843
Lt ear.    Still drools, but taste on Lt side of tongue is      20120326 082843
improved form 3/15/12.   Remains on tapered dose of             20120326 082843
Prednisone and Acyclovir. Tolerating fine.                      20120326 082843
OBJECTIVE
  BP 118/078 PL094 RS016 TP0973 WT154 BS000 PF000       20120326 082843
  Face: able to now completely close Lt eyel  Still has some    20120326 082843
  Lt sided facial weakness.                             20120326 082843
ASSESSMENT
  -Mod Bell's.   Subjectively and objectively improved.  20120326 082843
PLAN

PC001915

*EXHIBIT E*

<u>**Clinic Progress Notes for Russell Bucklew, D.O.C. #990137**</u>

**June 11, 2013**

Mr. Bucklew is a 44 year-old male with a cavernous hemangioma of the right maxilla who has been treated in the past with removal (10 years ago by myself) of an abscessed right maxillary wisdom tooth and the right mandibular wisdom tooth as a hospital patient. He tolerated this procedure well and had an approximately 200 cc blood loss but no transfusion was necessary at that time.

He presents today at the clinic with a blood pressure of 120/75, heart rate of 76. Since the last time I saw him in September 2011, he has been treated by Dr. Zitsch, I believe, at the University of Missouri-Columbia and had some sclerotic material injected which is evident on the panoramic x-ray but his cavernous hemangioma still remains and is encompassing the right half of his maxilla and upper lip. He complains of tooth pain in this area; however, I am not finding any dental etiology in this area.

My recommendation would be that he be seen by a vascular surgeon, have an angiogram of the area and then have the feeder vessels of the hemangioma clipped and have this done before he would have any dental work done at all. I do not know whether this is possible to be done at the University of Missouri, it may be necessary to refer him to Barnes-Jewish for this treatment. At this point, that is the procedure that I would recommend and would be happy to discuss this with Dr. Jackson if he has any questions.

Richard F. Graham, D.D.S.

RFG/cjw

cc: Ernest Jackson, D.D.S.

PC002201

*EXHIBIT E*

<u>**Clinic Progress Notes for Russell Bucklew, D.O.C. #990137**</u>

**September 6, 2011**

Mr. Bucklew was referred to the clinic for evaluation of an extensive cavernous hemangioma, which extends into the upper lip on the midline and encompasses ½ of the palate, the entire soft palate and the uvula, which are impossible to visualize due to the expansion of the lesion. The lesion also extends into the right cheek and the entire right maxilla. This has been present for 20 plus years but has increasingly grown larger and larger. His blood pressure today was 122/79 with a heart rate of 70. He is allergic to Penicillin, Compazine, Toradol and Sodium Pentothal. He is on Vistaril, Trazodone and Cloripam. He is a smoker. He had six bouts of radiation therapy by Dr. Jay Allen, after which he refused to have any further radiation therapy due to the oral burning he experienced. He had also been treated by Dr. Zitch at the University of Missouri-Columbia, who had, I believe, performed some sclerotic treatment to hopefully shrink the lesion.

The patient has been referred to me as I treated him approximately 8 years ago and he had advised the authorities that he would take my advice over the other people that had treated him. I advised him that sclerosis of the lesion by an oncologist would be the preferable treatment and he said that he would proceed with this when it was offered to him. There is nothing more that I can for him at this time, therefore, he was returned to Potosi for therapy either at Potosi or at the University of Missouri-Columbia by Dr. Zitch.

Richard F. Graham, D.D.S.

RFG/cjw

cc: Ernest Jackson, D.D.S.

PC002207

*EXHIBIT E*

| DATE | TOOTH | SURF. | DENTAL SERVICES PROVIDED |
|------|-------|-------|--------------------------|
| 7-27-11 | | S. | Pain |
| | | O. | #2 & 8 both displaced symptom both sens to touch but surrounding tumor mass is sens to touch also  teeth appear normal, perio could be issue. |
| | | Ex. | hist of o.s. TE with difficult bleeding management and radiation tx (x6) in 11/10 further complicating TE prognosis. |
| | | A. | Tumor mass causing tooth symptoms |
| | | P. | consult with medical + re-sched pt to discuss very limited options          Harris |
| 8-6-11 | | S. | consult. |
| | | O. | discuss tx w pt  he cites improvement after TE in past. |
| | | A. | refer to  o.s.  consider possibility of TE 2, 3, 8 |
| | | P | questionable if TE would improve symptom              Harris |
| 9-15-11 | | S. | consult. |
| | | O. | Mr B. saw Dr. Graham 9-6 and discussed tx Dr G concurs that tumor is primary cause of pt's Discomfort. |
| | | A. | CAVERNOUS HEMANGIOMA, secondary periodontal disease |
| | | P. | advised to use medical and possible refer to oncologist to reconsider treatment. Pt says that sclerosis is his "last option"                      Harris |
| 4-16-13 | | S | Pain |
| | | O | all upper painful esp #2 & 8    PA's |
| | | A. | perio complicated by tumor mass |
| | | P | pt has not sought tx for Hemang - appears larger p                        Harris |
| 5-23-13 | | S | F/u |
| | | O | #2 & 8 are sympto s/pre |
| | | A | removal of 2 & 8 would soon to be needed |
| | | P | need specialty consult.             Harris |

MO 931-3745 (7-94)

PC002208

```
DOC ID:   990137   RUSSELL BUCKLEW                              TIME: A/P
SICK CALL COMPLAINT                                             8:00  A
DIZZINESS/FACIAL EDEMA                                         MM/DD/CCYY
Nurse Id:  WDM00#EM      WILLIAM D MCKINNEY                    10/28/2013
```

**Subjective**
```
    Pt reports he had "a lot of pain" described as constant    2013/10/28   084732
rather the the pulsating pain he typically has.  Pain was     2013/10/28   084732
located in area of Rt eye and ear; awakening him from sleep   2013/10/28   084732
early yesterday AM.                                           2013/10/28   084732
    Pt reports, "it blew" meaning started bleeding in Rt      2013/10/28   084732
post area of his mouth c relief.                              2013/10/28   084732
    Pt had dizziness c above pain; now much better.           2013/10/28   084732
```

**Objective**
```
BP 124/082 PL085 RS016 TP0978 WT162 BS000 PF000               2013/10/28   084732
Does not appear in acute distress this AM.  Gait is fluid,    2013/10/28   084732
steady, and on/off exam table c ease.                         2013/10/28   084732
Oral cavity: large cavernous hemangioma on Rt, no current     2013/10/28   084732
active bleeding.                                              2013/10/28   084732
```

**Assessment**
```
-Facial cavernous hemangioma.                                 2013/10/28   084732
```

**Plan**
```
-Pt understands this is expected course for his problem as     2013/10/28   084733
previously described by ENT, Dr. Zitsch per note of           2013/10/28   084733
4/18/12.                                                       2013/10/28   084733
-Pt will need gauze and biohazard bags PRN due to bleeding.   2013/10/28   084733
```

PC002227

DOC ID:   990137   RUSSELL BUCKLEW                          TIME: A/P
SICK CALL COMPLAINT                                         7:30  A
T.C.U. OBSERVATION                                          MM/DD/CCYY
Nurse Id:  WDM00#EM      WILLIAM D MCKINNEY                 3/20/2013

**Subjective**

| | | |
|---|---|---|
| HISTORY OF COMPLAINT AND REASON S/HE NEEDS OBSERVATION | 2013/03/20 | 110643 |
| 44 yo c known large cavernous hemangioma.   He reports | 2013/03/20 | 110643 |
| he  had severe pain upon leaving his cell last PM, became | 2013/03/20 | 110643 |
| lightheaded and ? LOC but no injury.   He was CODE 16; nl | 2013/03/20 | 110643 |
| vital sings, and pt did not want any further intervention. | 2013/03/20 | 110643 |
| Later he was another CODE 16 c/o facial pain c bleeding | 2013/03/20 | 110643 |
| from hemangioma. | 2013/03/20 | 110643 |
| Pt was brought to medical and on-call physician ordered | 2013/03/20 | 110643 |
| Vicodan.   Bleeding ceased c pressure per gauze. | 2013/03/20 | 110643 |
| This AM Mr. Bucklew has eaten, up ad lib, no continued | 2013/03/20 | 110643 |
| bleeding and is ready to return to his H-U. | 2013/03/20 | 110643 |
| | 2013/03/20 | 110643 |
| Past Med Hx: ENT recommendation per note of 4/12/12 that | 2013/03/20 | 110643 |
| he does not advised any additional intervention. | 2013/03/20 | 110643 |

**Objective**

| | | |
|---|---|---|
| PERTINENT PE FINDINGS, LAB OR XRAY, VS INCLUDING WEIGHT | 2013/03/20 | 110643 |
| General: pt was on a mattress on the floor from which he | 2013/03/20 | 110643 |
| arose and stood s difficulty.   Mr. Buckles did not appear | 2013/03/20 | 110643 |
| in any distress. | 2013/03/20 | 110643 |
| Face: + cavernous hemangioma Rt side of upper lip, to Rt | 2013/03/20 | 110643 |
| side of nose, buccal mucosa, hard palate, and large uvula. | 2013/03/20 | 110643 |
| No bleeding found. | 2013/03/20 | 110643 |

**Assessment**

| | | |
|---|---|---|
| STATUS OF PATIENT | 2013/03/20 | 110643 |
| -Cavernous hemangioma; bleeding ceased and pt is stable. | 2013/03/20 | 110644 |

**Plan**

| | | |
|---|---|---|
| TREATMENT PLAN | 2013/03/20 | 110644 |
| He may be released back to his H-U.  No change in care. | 2013/03/20 | 110644 |

PC002238

DOC ID:   990137   RUSSELL BUCKLEW                                TIME: A/P
SICK CALL COMPLAINT                                              12:15  P
CS: CHRONIC PAIN CHRONIC CARE CLINIC                            MM/DD/CCYY
Nurse Id:  WDM00#EM     WILLIAM D MCKINNEY                       1/03/2013

**Subjective**
SUBJECTIVE:                                              2013/01/03  131442
HISTORY: Please see med summary of 10/4/11 re hx, _____  2013/01/03  131442
ENT rec of 4/12/12, and PRN Tramadol.   Pt typically has  2013/01/03  131442
more pain and incidents of bleeding in cold weather.  He  2013/01/03  131442
requests more Tramadol for PRN pain.                     2013/01/03  131442
CURRENT PAIN MEDS     Tramadol and Neurontin             2013/01/03  131442
4-5PATIENT'S DESCRIPTION OF PAIN ON 1-10 SCALE           2013/01/03  131442

**Objective**
BP 118/070 PL100 RS016 TP0976 WT163 BS000 PF000          2013/01/03  131442
OBJECTIVE:                                               2013/01/03  131442
COMORBID CONDITIONS: ("X"=YES)                           2013/01/03  131442
    HEPATITIS                                            2013/01/03  131442
 ─  HTN                                                  2013/01/03  131442
 ─  RENAL                                                2013/01/03  131442
 ─  PUD                                                  2013/01/03  131442
 ȳ  HX MENTAL HEALTH                                     2013/01/03  131442
 y  HX DRUG USE                                          2013/01/03  131442
 ─  ADDITIONAL HISTORY: _____  2013/01/03  131442
                                                         2013/01/03  131442
EXAMINER'S ASSESSMENT REGARDING PAIN LEVEL:              2013/01/03  131442
 y  AGREE                                                2013/01/03  131442
    DISAGREE                                             2013/01/03  131442
CURRENT FUNCTIONAL LEVEL, PT DOES:                       2013/01/03  131442
 y  ADLS                                                 2013/01/03  131442
 n  LIFTS WEIGHTS                                        2013/01/03  131442
 n  PLAYS SPORTS                                         2013/01/03  131442
 n  WORKS                                                2013/01/03  131442
EXAM:    Skin: + cavernous hemangioma upper lip, to the  2013/01/03  131442
Rt side of his nose, Rt buccal mucosa, hard palate, and  2013/01/03  131442
very large involved uvula.  No current bleeding.         2013/01/03  131442

**Assessment**
ASSESSMENT:                                              2013/01/03  131442
CONDITION FROM PRIOR EXAM:                               2013/01/03  131442
 ─  IMPROVED                                             2013/01/03  131442
 ─  STABLE                                               2013/01/03  131442
 ȳ  WORSE          more pain c recurrent intermittent bleeding  2013/01/03  131442
which he has a hx of in the winter.                      2013/01/03  131442
 ─  MED COMPLIANT                                        2013/01/03  131442
                                                         2013/01/03  131442
DIAGNOSIS: ___Cavernus hemangioma._____    2013/01/03  131442

**Plan**
PLAN:                                                    2013/01/03  131442
 y  LAY-INS ARE APPROPRIATE                              2013/01/03  131442
 y  X-RAYS OF AFFECTED AREA DONE                         2013/01/03  131442
 y  M-SCORE/DUTY STATUS APPROPRIATE                      2013/01/03  131442
 n  PHYSICAL THERAPY REFERRAL INDICATED                  2013/01/03  131442
 n  NEEDS ORTHOTIC/ASSISTIVE DEVICE                      2013/01/03  131442
 n  CBC, BMP Q 6 MONTHS                                  2013/01/03  131442
 y  NURSE APPOINTMENT IN 6 MONTHS                        2013/01/03  131442
 y  DOCTOR APPOINTMENT IN 6 MONTHS                       2013/01/03  131442
 ─Discussed eval and plan c pt to continue Neurontin and  2013/01/03  131442
increased Tramadol 50mg to 20/month for PRN use.         2013/01/03  131442

PC002240

DOC ID:    990137   RUSSELL BUCKLEW                              TIME: A/P
SICK CALL COMPLAINT                                             1:15   P
PHONE ENT CONSULT                                              MM/DD/CCYY
Nurse Id:   WDM00#EM      WILLIAM D MCKINNEY                     4/12/2012

**Subjective**
***NON-ENCOUNTER NOTE*** I spoke c ENT, Dr. Zitsch at UMMC          2012/04/12   134357
Med Center this PM re possiblity of repeat sclerotherapy           2012/04/12   134358
for Mr. Bucklew's cavernous hemangioma.                           2012/04/12   134358
     Dr. Zitsch stated he provided care to Mr. Bucklew prior      2012/04/12   134358
to his incarceration, and that there was minimal benefit          2012/04/12   134358
from the previous sclerotherapy.  The large size makes the        2012/04/12   134358
hemangioma not amenable to sclerotherapy.                         2012/04/12   134358
     As per Dr. Zitsch's recommendations per exam of 7/14/10      2012/04/12   134358
RT would be the treatment of choice over a surgical               2012/04/12   134358
option with resulting large concomittant disability and           2012/04/12   134358
disfiguration.  Mr. Bucklew agreed.                               2012/04/12   134358
     Mr. Bucklew was then placed in the T.C.U. at JCCC and        2012/04/12   134358
had 6 treatments of RT per Dr. J. Allen s complication.           2012/04/12   134358
However, Mr. Bucklew refused to continue RT and was sent          2012/04/12   134358
back to PCC.                                                      2012/04/12   134358
     Sept, 2011 Mr. Bucklew was referred by dental to oral        2012/04/12   134358
surgery for eval of the cavernous hemangioma.    Oral            2012/04/12   134358
surgery suggested sclerotherapy.  Mr. Bucklew recently            2012/04/12   134358
expressed desire to persue the sclerotherapy.                     2012/04/12   134358
     I reviewed all the above c Dr. Zitsch who stated that        2012/04/12   134358
he would not recommend repeat sclerotherapy and had no            2012/04/12   134358
additional therapeutic options.                                   2012/04/12   134358
     I asked Dr.Zitsch what Mr. Bucklew's risk of a life          2012/04/12   134358
threatening hemorrhage might be.  Dr. Zitsch replied Mr.          2012/04/12   134358
Bucklew should be a low risk.  He also stated that if the         2012/04/12   134358
hemangioma continues to grow over the next ten years the          2012/04/12   134358
risk will increase.    Should Mr. Bucklew present c a            2012/04/12   134358
persistent hemorrhage, then embolization would be                 2012/04/12   134358
considered.                                                       2012/04/12   134358
     I thanked Dr. Zitsch for his information.                     2012/04/12   134358

**Assessment**
ENT DOES NOT RECOMMEND REPEAT SCLEROTHERAPY: SEE SUBJECTIVE        2012/04/12   134358

**Plan**
-I plan to discuss Dr. Zitsch's recommendations c Mr.             2012/04/12   134358
Bucklew.                                                          2012/04/12   134358



PC002257

*EXHIBIT E*

DOC ID    OFFENDER
00990137  RUSSELL E BUCKLEW
***** OBJECTIVE CONTINUATION FROM PREVIOUS PAGE *****

```
                                                        20120314 162111
                                                        20120314 162111
                                                        20120314 162111
                                                        20120314 162111
                                                        20120314 162111
                                                        20120314 162111
                                                        20120314 162111
                                                        20120314 162111
  S/E NOTED/STATED: _____  20120314 162111
  _ Y/N STATES COMPLIANCE WITH MEDICATIONS: _____  20120314 162111
  CURRENT APPLICABLE LAB VALUES: _____    20120314 162111
  _ Y/N CURRENT MEDICATIONS THERAPEUTIC: _____       20120314 162111
  _ Y/N MEDICATION CHANGES INDICATED: _____       20120314 162111
  O:::MH02:: End of: MENTAL HEALTH: FOLLOW UP FOR PSYCHIATRIC  20120314 162111
  ASSESSMENT
  GAD                                                   20120314 162111
  ASSESSMENT: AXIS I:_____    20120314 162111
  AXIS II:_____     20120314 162111
  AXIS III:_____     20120314 162111
  GAF:_____                              20120314 162111
  A:::MH02:: End of: MENTAL HEALTH: FOLLOW UP FOR PSYCHIATRIC  20120314 162111
  PLAN
  C/T CURRENT MEDS; F/U IN 3 MOS
  PLAN: RETURN TO CLINIC IN ____ WEEKS.  SCHEDULE LABS: ( )____

  PSYCHOLOGY REFERRAL: ( ) REASON:_____

  MEDICATIONS:
  P:::MH02:: End of: MENTAL HEALTH: FOLLOW UP FOR PSYCHIATRIC

  DOCTOR     AAS01#EMMH  ANGELINE A STANISLAUS
```

MSR DATE    TIME     COMPLAINT  ********************************************
03/14/2012 12:20 P QMHP - CHRONIC CARE ENCOUNTER

TECH/MH ENCOUNTER APPOINTMENT DATE 03/15/2012 TIME 01:45 P SHOW UP Y    PCC
SUBJECTIVE

```
  S: Offender seen for Chronic Care/Treatment Plan visit   20120316 091540
  3/15/12 1:30pm-1:45pm.                                   20120316 091540
  Offender reported that he is following treatment plan    20120316 091540
  goals. Offender stated that treatment plan has not changed  20120316 091540
  and he was staying stable. Offender reported that he     20120316 091540
  currently found out he has Bells Palsy, so his anxiety is  20120316 091540
  higher then usual today. He said that this is making it  20120316 091540
  difficult for him to sleep and he cannot taste anythig.  20120316 091540
  Offender reported that he is taking care of the illness and  20120316 091540
  is currently ok. Offender reported taking all meds,      20120316 091540
  even though it is difficult at times due to his current  20120316 091540
  illness. Offender reported no suicidal/ homicidal        20120316 091540
  thoughts,plans, or intents. Offender reported he is      20120316 091540
```

PC002305

DOC ID    OFFENDER
00990137  RUSSELL E BUCKLEW
***** SUBJECTIVE CONTINUATION FROM PREVIOUS PAGE *****

| | | |
|---|---|---|
| continuing to write novels and read books to relieve stress | 20120316 | 091540 |
| and anxiety. | 20120316 | 091540 |
| | 20120316 | 091540 |
| Offender's Treatment Plan as follows: | 20120316 | 091540 |
| PROBLEMS | 20120316 | 091540 |
| 1.Offender Bucklew has a history of excessive anxiety and | 20120316 | 091540 |
| worry about a number of everyday events/activities | 20120316 | 091540 |
| 2. history of Insomnia: Difficuley falling asleep and | 20120316 | 091540 |
| maintaining sleep. | 20120316 | 091540 |
| | 20120316 | 091540 |
| | 20120316 | 091540 |
| GOALS (ACCORDING TO PROBLEM # ABOVE)  (1)(2) | 20120316 | 091540 |
| | 20120316 | 091540 |
| 1.Reduce anxiety symptoms (irritability, restlessness, | 20120316 | 091540 |
| fatigue, muscle tension) so offender can function | 20120316 | 091540 |
| appropriately in a correctional environment, as evidenced by | 20120316 | 091540 |
| remaining free of CDV's. Target date: 9/2012 | 20120316 | 091540 |
| 2.Improved sleep patternL falling asleep within 20min; | 20120316 | 091540 |
| remaining asleep for at least 5 hours. Target date: 9/2012 | 20120316 | 091540 |
| | 20120316 | 091540 |
| | 20120316 | 091540 |
| | 20120316 | 091540 |
| CLIENT RESPONSIBILITIES TO ACHIEVE GOALS   (1)(2) | 20120316 | 091540 |
| 1.a. Mr. Bucklew will take medication as prescribed, keep | 20120316 | 091540 |
| all scheduled appointments, follow all  recommendations and | 20120316 | 091540 |
| report any adverse side effects to psychiatry in a timely | 20120316 | 091540 |
| fashion.  Target date: 9/2012 | 20120316 | 091540 |
| b. Mr. Bucklew will meet with assigned mental health | 20120316 | 091540 |
| counselor as required to discuss concerns and issues | 20120316 | 091540 |
| associated with psychiatric symptoms and cooperate with the | 20120316 | 091540 |
| treatment provided.   Target date: 9/2012 | 20120316 | 091540 |
| c. Mr. Bucklew will practice coping skills daily (deep | 20120316 | 091540 |
| breathing, progressive relaxation, diversion, exercise). | 20120316 | 091540 |
| Target date: 9/2012 | 20120316 | 091540 |
| d. Mr. Bucklew will continue to write fantasy novels and | 20120316 | 091540 |
| read books to reduce his anxiety level. Target date: 09/2012 | 20120316 | 091540 |
| | 20120316 | 091540 |
| Offender reviewed and signed treatment plan. | 20120316 | 091540 |
| OBJECTIVE | | |
| O: Offender was cooperative during the session,considering | 20120316 | 091856 |
| his current health issues. He maintained eye contact and | 20120316 | 091856 |
| spoke clearly. Offender's thoughts were logical and goal | 20120316 | 091856 |
| directed. Offenders mood was stable and denied any | 20120316 | 091856 |
| suicidal/homicidal thoughts, plans, or intents. | 20120316 | 091856 |
| ASSESSMENT | | |
| A:  GAD Per Stainslaus | 20120316 | 092012 |
| PLAN | | |
| P: Plan for offender will be to continue assessment, and | 20120316 | 092227 |
| monitoring of offender's ITP goals progress via chronic | 20120316 | 092227 |
| care visits. Follow-up will also be conducted as additional | 20120316 | 092227 |

PC002306

DOC ID    OFFENDER
00990137   RUSSELL E BUCKLEW
***** OBJECTIVE CONTINUATION FROM PREVIOUS PAGE *****
still available until scheduled tramadol is approved.        20140411 155810
patient expressed understanding and agreed that this change  20140411 155810
would be to his benefit.                                     20140411 155810
ASSESSMENT
MED EDUCATION                                                20140411 155810


NURSE      BSR001EM    BARBARA S ROSS


SPECIFIC CHARTING INFORMATION
04/11/2014
Nurse encounter MSR filed                                    20140411 154923
04/12/2014
NO  SIGNS OF TRAUMA                                          20140412 13020C
PT STATES "IT'S SLEEPY TIME GO AWAY!"                        20140412 130247
YES EXISTING MEDICAL/MENTAL HEALTH COMPLAINTS                20140412 130247
SEE MEDICAL RECORD                                           20140412 130247
NO  CRYING                                                   20140412 130247
YES WITHDRAWN                                                20140412 130247
YES HOSTILE/ANGRY                                            20140412 130247
YES QUIET                                                    20140412 130247
NO  MANIC BEHAVIOR                                           20140412 130247


MSR DATE    TIME    COMPLAINT  ************************************************
04/13/2014 08:42 P NEED GAUZE.


NURSE ENCOUNTER APPOINTMENT DATE   04/13/2014   TIME 08:30 P SHOW UP Y    PCC
SUBJECTIVE
MY MOUTH HAS BEEN BLEEDING ALITTLE AND I AM OUT OF GAUZE.    20140413 204347
OBJECTIVE
NO COMPLAINTS VOICED.                                        20140413 204348
PLAN
GIVEN 4X4S AND 2X2X.                                         20140413 204348


NURSE      PGY00#EM    PAMELA G YANCEY


SPECIFIC CHARTING INFORMATION
04/13/2014
Nurse encounter MSR filed                                    20140413 204227
04/15/2014
NO  SIGNS OF TRAUMA                                          20140415 114154
NO  MEDICAL/MENTAL HEALTH COMPLAINTS                         20140415 114157
NO  EXISTING MEDICAL/MENTAL HEALTH COMPLAINTS                20140415 114157
NO  CRYING                                                   20140415 114157
YES ORIENTED X'S 3                                           20140415 114157
NO  WITHDRAWN                                                20140415 114157
NO  HOSTILE/ANGRY                                            20140415 114157
YES QUIET                                                    20140415 114157
NO  MANIC BEHAVIOR                                           20140415 114157
YES DENIES COMPLAINT                                         20140415 114157


PC002502

DOC ID     OFFENDER
00990137   RUSSELL E BUCKLEW
***** OBJECTIVE CONTINUATION FROM PREVIOUS PAGE *****
OBJECTIVE
BP 142/084 PL109 RS020 TP0980 WT000 BS000 PF000  99% ON RA      20140502  135611
NEUROLOGICAL: A&Ox3, speech clear and appropriate, makes       20140502  135611
eye contact, tracks without difficulty                        20140502  135611
CARDIAC: tachy, does report pain rated 7.5-8/10               20140502  135611
PULMONARY: resp even and unlabored on RA                      20140502  135611
GI: c/o of nausea related to pain                             20140502  135611
GU: no c/o                                                    20140502  135611
EXTREMITIES: pt bue restrained, seated on bil knees in        20140502  135611
floor of cell                                                 20140502  135611
SKIN: warm and dry                                            20140502  135611
OTHER PERTINENT NURSING FINDINGS:                             20140502  135611
n____  (Y/N) PROBLEM IS DETERMINED TO BE A MEDICAL EMERGENCY  20140502  135611
   DESCRIBE:                                                  20140502  135611
n____  (Y/N) PATIENT HAS DECLARED AN EMERGENCY WITHIN 72 HRS  20140502  135611
n____  (Y/N) PATIENT HAS BEEN SEEN IN SICK CALL FOR THE SAME  20140502  135611
COMPLAINT WITHIN THE LAST 72 HOURS                            20140502  135611
Asked pt was red out was, stated "it hurts so bad I'm         20140502  135611
seeing red all over." Pt has chronic condition requiring      20140502  135611
pain medication. Due to tachy and report of pain,            20140502  135611
immediate telephone call to Dr McKinney who requested pt be   20140502  135611
reassured that pain concerns would be addressed by           20140502  135611
increasing ultram to 4 times a day. Discussed this with       20140502  135611
pt, he smiled and stated "oh,well, if you guys think that    20140502  135611
will help with my pain, thank you." Pt encouraged to rest    20140502  135611
Addendum to charting:  Pt reported he had no emesis,         20140502  140355
custody also reports no emesis. Pt reports he has not        20140502  140355
had a loss of consciousness, custody reports he has not had   20140502  140355
loss of consciousness, states "he has been talking to us     20140502  140355
the whole time." (Per COI Jarvis)                            20140502  140355
0220 p  Pt resting on bed with LLE bent at knee, RLE         20140502  143810
crossed over LLE. Pt has changed clothes since this nurse    20140502  143811
had last seen him. Asked pt if resting had helped, pt        20140502  143811
stated "I am just hot and cold, hot and cold, I think I'm    20140502  143811
getting the flu." Does not report any c/o pain, 'black       20140502  143811
outs' or 'red outs', dizziness, or nausea. Per COI           20140502  143811
Sancegraw, pt did not change clothes due to emesis, "he has   20140502  143811
a visit he is going to". Pt calm, no s/sx of distress.       20140502  143811
Education provided; pt to notify medical pain increases, or   20140502  143811
s/x of the flu. Pt verbalized understanding.                 20140502  143811
ASSESSMENT
SELF-DECLARED EMERGENCY                                        20140502  135611
PLAN
**IF THERE IS A PROTOCOL FOR THE ASSOCIATED COMPLAINT PRESS   20140502  135611
F-21 AND PROCEED TO APPROPRIATE PROTOCOL**                   20140502  135611
NON-EMERGENT COMPLAINTS DO NOT REQUIRE OTC MEDS              20140502  135611
n____  (Y/N) NOTIFY PHYSICIAN IF PATIENT HAS DECLARED ANOTHER 20140502  135611
EMERGENCY WITHIN LAST 72 HOURS                               20140502  135611
n____  (Y/N) NOTIFY PRACTITIONER IF PATIENT HAS BEEN SEEN FOR 20140502  135611
THE SAME COMPLAINT IN SICK CALL WITHIN THE LAST 72 HOURS      20140502  135611

PC002506

DOC ID      OFFENDER
00990137  RUSSELL E BUCKLEW
***** PLAN CONTINUATION FROM PREVIOUS PAGE *****
y____ (Y/N) NOTIFY PHYSICIAN IF ABNORMAL VITAL SIGNS              20140502 135611
FOLLOW UP:  New order obtained                                   20140502 135611
y_____(Y/N) EDUCATED ON PLAN OF CARE AND RETURN TO MEDCIAL      20140502 135611
IF SYMPTOMS WORSEN.                                             20140502 135611


NURSE        CLM001EM    CHRISTINA L MOUNCE

SPECIFIC CHARTING INFORMATION
05/02/2014
 Nurse encounter MSR filed                                      20140502 134456

MSR DATE    TIME    COMPLAINT  ********************************************
05/02/2014 01:47 P PAIN---SEEN BY NURSING FOR CODE 16

DOCTOR ENCOUNTER APPOINTMENT DATE  05/02/2014  TIME 01:45 P SHOW UP Y    PCC
SUBJECTIVE
 ***NON-ENCOUNTER NOTE***   Pt is in H-U 1 awaiting             20140502 135225
 scheduled execution.  He was a CODE 16 for pain; stating       20140502 135226
 can't tolerate from cavernous hemangioma.  Pt eval per         20140502 135226
 nursing and no new findings.                                   20140502 135226
ASSESSMENT
 -Cavernous hemangioma c pt reporting increased pain.  He       20140502 135226
 remains on Tramadol 50mg po TID.                               20140502 135226
PLAN
 -Pt informed that Tramadol 50mg will be increased to Q 6       20140502 135226
 hours. Order entered for Tramadol 50mg po Q 6 hours x 30       20140502 135226
 days.                                                          20140502 135226
 TRAMADOL HCL 50MG TAB                                          20140505 171245


DOCTOR        WDM00#EM    WILLIAM D MCKINNEY

PRESCRIPTION MEDICATION
05/02/2014  TRAMADOL HCL 50MG TAB
DOSAGE        1 PO Q 6 HOURS X 30 DAYS:  #120/MONTH   DOT
               UNITS 120/MONTH        STOCK  N


DOCTOR        WDM00#EM    WILLIAM D MCKINNEY

SPECIFIC CHARTING INFORMATION
05/02/2014
 Doctor/Dentist encounter MSR filed                            20140502 134733
05/03/2014
 NO  SIGNS OF TRAUMA                                           20140503 123959
 NO  MEDICAL/MENTAL HEALTH COMPLAINTS                          20140503 124006
 YES EXISTING MEDICAL/MENTAL HEALTH COMPLAINTS                 20140503 124006
 SEE MARS                                                      20140503 124006
 NO  CRYING                                                    20140503 124006
 YES ORIENTED X'S 3                                            20140503 124006
 NO  WITHDRAWN                                                 20140503 124006
 NO  HOSTILE/ANGRY                                             20140503 124006

Case 4:14-cv-08000-BP   Document 6-5   Filed 05/14/14   Page 47 of 48

EXHIBIT E

DOC ID    OFFENDER
00990137   RUSSELL E BUCKLEW
***** SPECIFIC CHARTING INFORMATION   CONTINUATION FROM PREVIOUS PAGE *****
YES QUIET                                                        20140503 124006
NO   MANIC BEHAVIOR                                              20140503 124006
YES DENIES COMPLAINT                                             20140503 124006

MSR DATE    TIME    COMPLAINT   ********************************************
05/06/2014 11:49 A MH - 90D SEG BEHAVIOR THERAPY ASSES/INTE

SPECIFIC CHARTING INFORMATION
05/06/2014
Technician/MH  encounter MSR filed                              20140506 115012
NO   SIGNS OF TRAUMA                                            20140506 143725
NO   MEDICAL/MENTAL HEALTH COMPLAINTS                           20140506 143728
NO   EXISTING MEDICAL/MENTAL HEALTH COMPLAINTS                  20140506 143728
NO   CRYING                                                     20140506 143728
YES ORIENTED X'S 3                                              20140506 143728
NO   WITHDRAWN                                                  20140506 143728
NO   HOSTILE/ANGRY                                              20140506 143728
YES QUIET                                                       20140506 143728
NO   MANIC BEHAVIOR                                             20140506 143728
YES DENIES COMPLAINT                                            20140506 143728

OFFENDER VITALS
SYSTEM DATE & TIME       BP.        PULSE  RESP.  TEMP.  WGT.  BS.  PF.
05/02/2014      01:45 P  142/084    109    20     98.0                    PCC
04/09/2014      10:07 A  138/082    97     18     97.8   168              PCC
04/01/2014      08:27 A  120/070    76     16     97.4   170              PCC
04/01/2014      08:18 A  120/070    76     16     97.4   170              PCC

PC002517

EXHIBIT E