IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| **RUSSELL BUCKLEW** | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-CV-8000-BP |
| | ) | |
| **GEORGE LOMBARDI,** *et al.*, | ) | THIS IS A CAPITAL CASE |
|     Defendants. | ) | EXECUTION SCHEDULED FOR |
| | ) | MAY 21, 2014 |

## NOTICE OF APPEAL

Plaintiff Russell Bucklew, by and through his counsel, hereby gives notice that he appeals to the United States Court of Appeals for the Eighth Circuit from the Order and Judgment (Docs. ##17 and 18) entered in this action on May 19, 2014.

Respectfully submitted,

/s/ Cheryl A. Pilate
Cheryl A. Pilate #42266
Lindsay J. Runnels #62075
Morgan Pilate, LLC
926 Cherry St.
Kansas City, Missouri 64106
(816) 471-6694
(816) 472-3516 (fax)

*Attorneys for Mr. Bucklew*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded for transmission via ECF this 19th day of May, 2014, to Michael Spillane, Stephen D. Hawke, Sue Boresi, Office of the Attorney General, P.O. Box 899, Jefferson City, Missouri 65101.

/s/ Cheryl A. Pilate
Cheryl A. Pilate