# DECLARATION

COMES NOW the declarant, Gregory A. Jamroz, and as authorized by 28 U.S.C. § 1746, states and declares under penalty of perjury all as follows:

1. My name is Gregory A. Jamroz.

2. I reside in St. Louis, Missouri.

3. I am of legal age and of sound mind and body.

4. I graduated from St. Louis University with a B.A. in Chemistry in 1976.

5. I graduated from St. Louis University with degree of Doctor of Medicine in 1980.

6. I have been a licensed physician in the State of Missouri since 1980.

7. Since approximately 1986, I have been certified by the American Board of Radiology.

8. In 2003-04, I completed a fellowship in neuroradiology at Washington University in St. Louis.

Exhibit 2

9. In 2005, I earned the Certified Additional Qualifications (CAQ's) in neuroradiology and also in pediatric radiology.

10. I practice full-time as a neuroradiologist at St. Luke's Hospital in St. Louis, Missouri.

11. Additional background information on me is set forth in Jamroz Declaration Exhibit 1.

12. I do not have a fixed position on the abstract issue of capital punishment, and in fact believe that in some cases it is indicated.

13. At the request of counsel and of the man's family, I have examined the medical records of Rusell E. Bucklew, CP-137, a prisoner of the State of Missouri under sentence of death.

14. Since infancy, Mr. Bucklew has had vascular malformations known as cavernous hemangiomas in the head and neck.

15. These vascular malformations have lower vascular resistance than the brain. The brain has many small capillaries and would have a higher vascular resistance. But the vascular malformations are a tangle of arteries and veins that would have low vascular resistance.

16. These abnormalities of the circulatory system are "fed" or supplied with blood by the external carotid artery.

17. The external carotid artery is in turn fed by the common carotid artery.

18. The common carotid artery also feeds the internal carotid artery, which also supplies blood to the brain.

19. When there is marked shunting of the blood to the external carotid artery, the blood from the common carotid artery preferentially goes into the external carotid artery due to the lower vascular resistance of the vascular malformations.

20. In order to determine the precise quantity of shunting in Mr. Bucklew's case, examination of him would be indicated.

21. Regardless of the precise quantity of shunting, presence of the vascular malformations compromises the supply of blood to the brain.

22. The foregoing statements of medical fact are made to a reasonable degree of scientific certainty.

23. For the foregoing reasons, it is my opinion to a reasonable degree of scientific certainty that reliance on a blood-borne sedative or

- 3 -

Case 4:14-cv-08000-BP   Document 46-2   Filed 06/18/15   Page 3 of 8  Exhibit 2

other substance to bring about a rapid and painless death in Mr. Bucklew's case is questionable, and that in light of the pre-existing medical condition discussed in this declaration, examination of the vascular malformations is indicated if the goal of the administration of the substance is to bring about a rapid and painless death.

Further, the declarant saith naught.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 4-5-2014

*Gregory A. Jamroz, M.D.*
GREGORY A. JAMROZ, M.D.

# CURRICULUM VITAE

## Greg Jamroz, M.D.

**DATE:** 7-1-2013

**PERSONAL INFORMATION:**

DATE OF BIRTH: September 8, 1954

PLACE OF BIRTH: Missouri

**CITIZENSHIP:** USA

**ADDRESS & TELEPHONE NUMBERS:**

Business: St. Luke's Hospital
Dept. of Radiology
St.Louis, Mo. 63017
Telephone: 314-452-3332
E-mail - gregjamroz@yahoo.com

Home: 12915 Conway Road
St.Louis, Mo. 63141

**ACADEMIC POSITIONS/EMPLOYMENT**

**2006-PRESENT -   ST.LUKES MEDICAL CENTER
DEPARTMENT OF RADIOLOGY
232 S. WOODS MILL ROAD
ST.LOUIS, MO. 63017
314-205-6100 EXT. 4472**

**2005-2006 -** St.John's Mercy Medical Center,
615 S.New Ballas road
St.Louis, Mo.63141

2004 – 2005-  Instructor in Radiology - Neuroradiology
Mallinckrodt Institute of Radiology
Washington University School of Medicine

Campus Box 8131
510 South Kingshighway Boulevard
St. Louis, MO 63110

2004 –2005    Director, Medical Student and
              Resident Education in Neuroradiology
              Mallinckrodt Institute of Radiology
              Washington University School of Medicine
              Campus Box 8131
              510 South Kingshighway Boulevard
              St. Louis, MO 63110

2004 – 2005   Coursemaster, Medical Student Rotation
              in Neuroradiology
              Mallinckrodt Institute of Radiology
              Washington University School of Medicine
              Campus Box 8131
              510 South Kingshighway Boulevard
              St. Louis, MO 63110

2004 – 2005    Associate Curator of the Neuroradiology
               Section Digital Teaching File
Mallinckrodt Institute of Radiology
Washington University School of Medicine
              Campus Box 8131
              510 South Kingshighway Boulevard
              St. Louis, MO 63110

2003-2004      Neuroradiology Fellowship
               Mallinckrodt Institute of Radiology
               Washington University School of Medicine
               Campus Box 8131
               510 South Kingshighway Boulevard
               St. Louis, MO 63110

| | | |
|---|---|---|
| 1992 – 2003 | Chairman | |
| | Department of Radiology | |
| | St. John's Mercy Hospital | |
| | Washington, MO 63090 | |
| 1985 – 2003 | Diagnostic Radiologist | |
| | St. John's Mercy Hospital | |
| | Washington, MO  63090 | |

## EDUCATION-

| | |
|---|---|
| 2003-2004 | Neuroradiology Fellowship |
| | Mallinckrodt Institute of Radiology |
| | Washington University School of Medicine |
| | Campus Box 8131 |
| | 510 South Kingshighway Boulevard |
| | St. Louis, MO 63110 |
| 1984 - 1985 | Pediatric Radiology Fellowship |
| | Mallinckrodt Institute of Radiology |
| | Washington University School of Medicine |
| | Campus Box 8131 |
| | 510 South Kingshighway Boulevard |
| | St. Louis, MO 63110 |
| 1981 - 1984 | Radiology Resident |
| | St. Louis University |
| | St. Louis, MO |
| 1980 - 1981 | Pediatric Internship |
| | University of California - Irvine |
| | Irvine, CA |
| 1976 – 1980 | St. Louis University School of Medicine |
| | St. Louis, MO |

**LICENSURE & CERTIFICATIONS:**

Missouri State Medical License, 1981
Pediatric Radiology CAQ, 1995, 2005

Diplomat, American Board of Radiology, 1984
Neuroradiology CAQ, 2005

Radiological Society of North America
American College of Radiology
American Society of Neuroradiology
Pastpresident of Franklin Co. Medical society

**PUBLICATIONS:**

1. Jamroz GA, Blocker SH, McAlister WH. Radiographic findings after incomplete pyloromyotomy. *Gastrointestinal Radiology*, 11:139-141, 1986.

2. Coscia C, Jamroz GA, et al. Occurrence of a new class of tetrahydroisoquinoline alkaloids in L-Dopa treated parkinsonian patients. *Nature*, Vol. 269, October 13, 1977.

3. Coscia C, Jamroz GA, et al. Involvement of a cytochrome P-450 dependent monoxygenase in isoprenoid alcohol metabolism in mammals. *Federation Proceedings*, Vol. 36, 1977.

4. Siegel MJ, Jamroz GA, Glazer HS, Abramson CL. MR imaging of intraspinal extension of neuroblastoma. *Journal of Computer Assisted Tomography* 10:593-595 1986.

5. Wippold F, White F, Jamroz G. Desmoplastic fibroma of the mandible in an infant. . Pediatric radiol.(2005) 35:906-909 2006