# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RUSSELL BUCKLEW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE A. LOMBARDI, ) <br> DAVID A. DORMIRE, ) <br> And ) <br> TERRY RUSSELL, ) <br> ) <br> Defendants. ) | Case No. 4:14-CV-08000-BP |

## DESIGNATION OF EXPERT AND CERTIFICATE OF SERVICE OF EXPERT REPORT

Defendants have designated Dr. Joseph F. Antognini as a defense expert in this case. Defendants have supplied Dr. Antognini's Rule 26 report to counsel for Plaintiffs by electronic mail.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

/s/*Michael J. Spillane*
MICHAEL J. SPILLANE
Assistant Attorney General
Missouri Bar No. 40704
P. O. Box 899
Jefferson City, MO 65102
(573) 751-1307
mike.spillane@ago.mo.gov
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system and thereby served on counsel for Plaintiff this 10th day of November 2016.


*/s/ Michael J. Spillane*
MICHAEL J. Spillane
Assistant Attorney General