# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RUSSELL BUCKLEW, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:14-CV-08000-BP |
| GEORGE A. LOMBARDI, DAVID A. DORMIRE, And TERRY RUSSELL, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE OF SUPPLEMENTAL EXPERT REPORT

Defendants have designated Dr. Joseph F. Antognini as a defense expert in this case. Defendants have supplied Dr. Antognini's Supplemental Rule 26 supplemental report to counsel for Plaintiffs by electronic mail.

Respectfully submitted,

**JOSHUA D. HAWLEY**
Attorney General

/s/*Michael J. Spillane*
MICHAEL J. SPILLANE
Assistant Attorney General
Missouri Bar No. 40704
P. O. Box 899
Jefferson City, MO 65102
(573) 751-1307
mike.spillane@ago.mo.gov
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system and thereby served on counsel for Plaintiff this 10th day of February 2017.


*/s/ Michael J. Spillane*
MICHAEL J. Spillane
Assistant Attorney General