# Exhibit 10

# MISSOURI DEPARTMENT OF CORRECTIONS
# PREPARATION AND ADMINISTRATION OF CHEMICALS
# FOR LETHAL INJECTION

### A. Execution Team Members

The execution team consists of department employees and contracted medical personnel including a physician, nurse, and pharmacist. The execution team also consists of anyone selected by the department director who provides direct support for the administration of lethal chemicals, including individuals who prescribe, compound, prepare, or otherwise supply the chemicals for use in the lethal injection procedure.

### B. Preparation of Chemicals

Medical personnel shall prepare the lethal chemicals. The quantities of these chemicals may not be changed without prior approval of the department director. The chemicals shall be prepared and labeled as follows:

1. Syringes 1 and 2: Five (5) grams of pentobarbital (under whatever name it may be available from a manufacturer, distributor or compounding pharmacy), 100 ml of a 50 mg/mL solution, shall be withdrawn and divided into syringes labeled "1" and "2."

2. Syringe 3: 30 cc of saline solution.

3. Syringes 4 and 5: Five (5) additional grams of pentobarbital (under whatever name it may be available from a manufacturer, distributor or compounding pharmacy), 100 ml of a 50 mg/mL solution, shall be withdrawn into syringes labeled "4" and "5."

4. Syringe 6: 30 cc of saline solution. This syringe is prepared in the event that additional flush is required.

### C. Intravenous lines

1. Medical personnel shall determine the most appropriate locations for intravenous (IV) lines. Both a primary IV line and a secondary IV line shall be inserted unless the prisoner's physical condition makes it unduly difficult to insert more than one IV. Medical personnel may insert the primary IV line as a peripheral line or as a central venous line (e.g., femoral, jugular, or subclavian) provided they have appropriate training, education, and experience for that procedure. The secondary IV line is a peripheral line.

2. A sufficient quantity of saline solution shall be injected to confirm that the IV lines have been properly inserted and that the lines are not obstructed.

9900019

### D. Monitoring of Prisoner

1. The gurney shall be positioned so that medical personnel can observe the prisoner's face directly or with the aid of a mirror.

2. Medical personnel shall monitor the prisoner during the execution.

### E. Administration of Chemicals

1. Upon order of the department director, the chemicals shall be injected into the prisoner by the execution team members under the observation of medical personnel. The lights in the execution support room shall be maintained at a sufficient level to permit proper administration of the chemicals.

2. The pentobarbital from syringes 1 and 2 shall be injected.

3. The saline solution from syringe 3 shall be injected.

4. Following a sufficient amount of time for death to occur after the injection of syringe 3, medical personnel shall examine the prisoner to determine if death has occurred. If the prisoner is still breathing, the additional five grams of pentobarbital will injected from syringes 4 and 5 followed by the saline from syringe 6.

5. At the completion of the process and after a sufficient time for death to have occurred, medical personnel shall evaluate the prisoner to confirm death. In the event that the appropriate medical personnel cannot confirm that death has occurred, the curtain shall be reopened until an appropriate amount of time has passed to reevaluate the prisoner.

### F. Documentation of Chemicals

1. Medical personnel shall properly dispose of unused chemicals.

2. Before leaving ERDCC, all members of the execution team present at the execution shall complete and sign the "Sequence of Chemicals" form thereby verifying that the chemicals were given in the order specified in this protocol.

3. Before leaving ERDCC, one of the medical personnel present at the execution shall complete and sign the "Chemical Log" indicating the quantities of the chemicals used and the quantities of the chemicals discarded during the execution.

4. Within three days of the execution, the ERDCC warden shall submit the Sequence of Chemicals and the Chemical Log to the director of the Division of Adult Institutions (DAI). The DAI division director and the department director shall review the records. If they do not detect any irregularities, they shall approve the two documents. If any irregularities are noted, the DAI division director shall promptly determine whether there were any deviations from this protocol and shall report his findings to the department director.

Missouri Department of Corrections
Revised October 18, 2013