# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| RUSSELL BUCKLEW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:14-CV-08000-BP |
| v. ) | |
| ) | |
| GEORGE LOMBARDI, et al. ) | |
| ) | |
| Defendants. ) | |

## DESIGNATION OF DEPOSITION TESTIMONY

### Deposition of Dr. Joel Zivot (Plaintiff's Expert)

Page 21 Line 3 to page 24 Line 1.

Page 25 Line 6 to page 26 Line 13.

Page 28 Line 22 to page 32 Line 1.

Page 38 Line 6 to page 40 Line 18.

Page 64 Line 15 to page 67 Line 1.

Page 70 Lines 7 to 9

Page 78 Lines 2 to 24.

Page 79 Line 7 to page 82 Line 5.

Page 84 Line 22 to page 89 Line 10.

Page 89 Line 22 to page 90 Line 8.

Page 90 Line 14 to page 95 Line 20.

### Deposition of Dr. Joseph Antognini (Defense Expert)

Page 54 Line 21 to page 57 Line 20.

Page 84 Line 14 to page 87 Line 9.

Page 94 Line 24 to page 95 Line 6.

Page 98 Lines 2 to 25.

Page 128 Line 19 to page 129 Line 9.

Page 142 Line 5 to page 149 line 24.

Page 217 Line 1 to page 218 Line23.

Page 230 Line 21 to page 236 Line 9.

Page 240 Line 18 to page 249 line 11.

### Deposition of Dr. William McKinney (Treating Physician)

Page 42 Line 2 to page 46 Line 24.

Page 71 Line 22 to page 72 Line 20.

## Deposition of Dr. Evelyn Stephens (Treating Psychiatrist)

Page 30 Line 10 to page 33 Line 1.

Page 73 Line 5 to page 79 Line 24.

Page 80 Lines 4 to 9.

Page 82 Line 17 to page 83 Line 7.

## Deposition of Former Department of Corrections General Counsel Matthew Briesacher

Page 45 Line 21 to page 59 Line 23

## Deposition of Former Director of Adult Institutions Dave Dormire

Page 28 Lines 8 to 16.

Page 51 Line 14 to page 52 Line 20.

Respectfully submitted,

*/s/ Michael Spillane*
MICHAEL SPILLANE
Assistant Attorney General
Missouri Bar #40704
P.O. Box 899
Jefferson City, MO 65102
(573) 751-1307
(573) 751-2096 (Fax)
mike.spillane@ago.mo.gov

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was filed using the CM/ECF system this 15th day of June, 2017 and counsel for Plaintiff will receive a copy of the foregoing document through the CM/ECF system.

*/s/ Michael Spillane*
Assistant Attorney General