IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| RUSSELL BUCKLEW, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 14-8000-CV-W-BP |
| GEORGE A. LOMBARDI, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER AMENDING THE PROTECTIVE ORDER

On December 28, 2016, the Court entered a Protective Order agreed to by the parties. (Doc. 139.) The parties now agree to amend the Protective Order. (Doc. 212.) Pursuant to the parties' agreement, the Protective Order is amended as follows:

1. The parties may file under seal documents designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order in this matter with the Missouri Supreme Court in connection with Case No. SC80052, *State of Missouri v. Russell Bucklew*, including in response to the State of Missouri's Motion to Set an Execution Date and in connection with any other proceedings in that action.

2. Prior to filing any Protected Material with the Missouri Supreme Court, the parties agree to use reasonable best efforts to alert the Missouri Supreme Court of their desire to file documents under seal, and to follow the Missouri Supreme Court's instructions in regards to filing such documents under seal.

3. All other terms of the Protective Order remain in full effect.

IT IS SO ORDERED.

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
DATE: July 17, 2017             UNITED STATES DISTRICT COURT