IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RUSSELL BUCKLEW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 14-8000-CV-W-BP |
| GEORGE A. LOMBARDI, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER GRANTING IN PART DEFEDNANTS' MOTION TO SEAL TRANSCRIPT

The Court conducted a telephone conference with the parties on March 15, 2017. Pursuant to Local Rule 80.1(a)(2), Defendants request that the transcript remain sealed because it contains information that could be used to identify individuals involved in the execution of condemned prisoners. The motion, (Doc. 204), is **GRANTED IN PART.**

Defendants do not specify the portions of the transcript that should be sealed, *see* Local Rule 80.1(a)(3), and the Court has an independent obligation to insure that court records are sealed only to the extent that is necessary. *See IDT Corp. v. eBay,* 709 F.3d 1220, 1222 (8th Cir. 2013). This is significant because there were many topics addressed during the teleconference that do not relate to the members of the execution team.

The Court has reviewed the transcript and concludes that Defendants' motion should be granted only in part. The Court directs that the following portions of the transcript, (Doc. 164), remain sealed: (1) page 12, line 4 through page 13, line 1, and (2) page 15, line 10 through page 15, line 22.

IT IS SO ORDERED.

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
DATE: July 21, 2017              UNITED STATES DISTRICT COURT