IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RUSSELL BUCKLEW,<br><br>                  Plaintiff,<br><br>vs.<br><br>GEORGE LOMBARDI, et al.,<br><br>                  Defendant. | Civil Action No. 4:14-CV-8000-BP<br><br>Hon. Beth Phillips |

NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Notice is hereby given that Russell Bucklew, the Plaintiff, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 21st day of August, 2017.

Date: September 19, 2017

                                                        By: *Cheryl A. Pilate*
                                                           CHERYL A. PILATE
                                                           MORGAN PILATE LLC
                                                           926 Cherry Street
                                                           Kansas City, MO 64106
                                                           Tel.: (816) 471-6694
                                                          Fax: (816) 472-3516

                                                          KATHLEEN L. CARLSON
                                                          KELLY HUGGINS
                                                          RAECHEL BIMMERLE
                                                          SIDLEY AUSTIN LLP
                                                          One South Dearborn Street
                                                          Chicago, Illinois 60603
                                                          Tel.: (312) 853-7000
                                                          Fax: (312) 853-7036

                                                          *Counsel for Plaintiff Russell Bucklew*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2017, the foregoing was served via the Court's electronic filing system on Michael J. Spillane, Assistant Attorney General, mike.spillane@ago.mo.gov, counsel of record for Defendants.

      /s/ *Cheryl A. Pilate*
      Cheryl A. Pilate