Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| Case Caption: Bucklew v. Lombardi, et al | Case No. 14-cv-8000-BP |
| Appellant: **Russell Bucklew** | Appellee: Lombardi, et al |
| Appellant's Attorney(s): | Appellee's Attorney(s): |
| **Cheryl Ann Pilate**<br>Morgan Pilate LLC<br>926 Cherry Street<br>Kansas City, MO 64106<br>816-471-6694<br>Fax: 816-472-3516<br>Email: cpilate@morganpilate.com | **David James Hansen**<br>Missouri Attorney General's Office-JC<br>P.O. Box 899<br>Jefferson City, MO 65102<br>(573) 751-0716<br>Fax: (573) 751-1336<br>Email: david.hansen@ago.mo.gov |
| Court Reporter(s):<br><br>Barbara Barnard, Katie Wirt | Please return files and documents to:<br>**United States District Court**<br>**400 East 9th Street, Room 1510**<br>**Kansas City, MO   64106**<br><br>Contact Person for Appeal:<br>**Willie Crespo**  816-512-5068 |

| Length of Trial:<br>0 | Fee:  Waived | IFP: IFP | Pending IFP Motion:  No |
|---|---|---|---|
| Counsel:<br>Retained | Pending Motions?<br>No | Local Interest? No | Simultaneous Release? No |

**Special Comments:**